# Notice Recipients

District/Off: 0970–2     User: admin     Date Created: 6/28/2021
Case: 2:21–bk–04924–EPB     Form ID: 309C     Total: 30

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| ID | Name |
|---|---|
| 16475282 | City of Cincinnati |
| 16475283 | Cleveland Municipal Court |
| 16475285 | Contingency Fee Ag re Michigan lawsuit |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| Role/ID | Name | Address |
|---|---|---|
| db | HOME OPPORTUNITY, LLC | 1819 E. SOUTHERN AVENUE, #B10   MESA, AZ 85204 |
| tr | ROBERT A. MACKENZIE | 2001 E. CAMPBELL AVE., SUITE 200   PHOENIX, AZ 85016 |
| aty | HILARY L BARNES | ALLEN BARNES & JONES, PLC   1850 N. CENTRAL AVE., SUITE 1150   PHOENIX, AZ 85004 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION   1600 W. MONROE, 7TH FL.   PHOENIX, AZ 85007–2650 |
| 16475280 | Chesterfield County Treasurer | 200 W. Main St., #1   Chesterfield SC 29709 |
| 16475281 | City of Chicago | Streets & Sanitation |
| 16475284 | Columbia County Assessment Office | 11 W. Main Street   Bloomsburg PA 17815 |
| 16475286 | Cook County Assessor | 118 N. Clark St., Suite 320   Chicago IL 60602 |
| 16475287 | Cuyahoga County Auditor | 2079 E. 9th Street   Cleveland OH 44115 |
| 16475288 | Jefferson County Assessor | 716 Richard Arrington Jr. Blvd. N   Birmingham AL 35203 |
| 16475289 | Jefferson County Tax Office | Jefferson County Courthouse   1149 Peal Street   Beaumont TX 77701 |
| 16475290 | Joseph Ware for Estate of Evoughn Ware | c/o Matthew D. Elster, Beermann LLP   161 N. Clark Street, Suite 3000   Chicago IL 60601 |
| 16475291 | Matthew D. Elster | Beermann LLP   161 N. Clark St., Suite 3000   Chicago IL 60601 |
| 16475292 | Mississippi County Assessor | 200 W. Walnut St., #100   Blytheville AR 72315 |
| 16475293 | Mohave County Treasurer | 700 W. Beale St   Kingman AZ 86401 |
| 16475294 | Montgomery County Assessor | P.O. Box 767   Independence KS 67301 |
| 16475296 | Oakland County Treasurer | 1200 Telegraph Road   Building 12E   Pontiac MI 48341 |
| 16475297 | Otero County Treasurer | 13 W. 3rd Street, #213   La Junta CO 81050 |
| 16475298 | Richland County Treasurer | 2020 Hampton ST.   Columbia SC 29204 |
| 16475299 | Robeson County Register of Deeds | 550 North Chestnut Street   Lumberton NC 28358 |
| 16475300 | Sangamon County Tax Assessor | 200 S. 9th St., #104   Springfield IL 62701 |
| 16475301 | St. Louis County Treasurer | 41 S. Central Ave   Saint Louis MO 63105 |
| 16475302 | Stark County Auditor | 110 Central Plaza S., #220   Canton OH 44702 |
| 16475303 | Summit County Fiscal Office | 175 South Main Street   Akron OH 44308 |
| 16475304 | Tulsa County Treasurer | 218 W. 6th Street, 8th Fl   Tulsa OK 74119 |
| 16475305 | Window Rock Manager, LLC | 1819 E. Southern Avenue, Ste B10   Mesa AZ 85204 |
| 16475295 | montgomery County Auditor | P.O. Box 972   Dayton OH 45422 |

TOTAL: 27