```
 1  TERRY A. DAKE, LTD.
    20 E. Thomas Rd.
 2  Suite 2200
    Phoenix, Arizona  85012-3133
 3  Telephone: (602) 710-1005
    tdake@cox.net
 4
    Terry A. Dake - 009656
 5
    Attorney for Trustee
 6
```

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
|  | ) |  |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### NOTICE OF LODGING ORDER

Please take notice that the attached order has been lodged with the Court.

DATED June 28, 2021.

                                          *TERRY A. DAKE, LTD.*

                                          By /s/ TD009656
                                            Terry A. Dake
                                            20 E. Thomas Rd.
                                            Suite 2200
                                            Phoenix, Arizona 85012-3133

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION TO
RETAIN ATTORNEY FOR THE TRUSTEE**

An Application To Retain Attorney For The Trustee having been submitted to the Court, and

Good cause appearing therefrom.

**IT IS HEREBY ORDERED** appointing *TERRY A. DAKE, LTD.* as attorney for the trustee pursuant to 11 U.S.C. §330(a)(1) and Bankruptcy Rule 2016(a).

**IT IS FURTHER ORDERED** that no payment of legal fees and costs shall be made except upon application and further order of the Court.

**DATED AND SIGNED ABOVE.**