# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| HOME OPPORTUNITY, LLC; | Case No. 2:21-BK-04924-EPB |
| Debtor. | |

**ORDER GRANTING APPLICATION TO RETAIN ATTORNEY FOR THE TRUSTEE**

An Application To Retain Attorney For The Trustee having been submitted to the Court, and

Good cause appearing therefrom.

**IT IS HEREBY ORDERED** appointing *TERRY A. DAKE, LTD.* as attorney for the trustee pursuant to 11 U.S.C. §330(a)(1) and Bankruptcy Rule 2016(a).

**IT IS FURTHER ORDERED** that no payment of legal fees and costs shall be made except upon application and further order of the Court.

**DATED AND SIGNED ABOVE.**