Debtor name     **Home Opportunity, LLC**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)     **2:21-bk-04924-EPB**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July  8, 2021**          X **/s/ Cordell Rogers**
                                              Signature of individual signing on behalf of debtor

                                              **Cordell Rogers**
                                              Printed name

                                              **Authorized Party**
                                              Position or relationship to debtor

Debtor name **Home Opportunity, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-04924-EPB**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ __1,175,593.00__

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ __0.00__

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $ __1,175,593.00__

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ __189,054.78__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ __0.00__

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ __11,072,554.92__

4. **Total liabilities** ......................................................................................
   Lines 2 + 3a + 3b                                                              $ __11,261,609.70__

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Home Opportunity, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-04924-EPB**

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1750 27th Street Ensley, Birmingham, AL 35218 - Debtor has a legal interest in this property, although the seller did not properly complete and record the transfer documents when Debtor purchased the property so the county assessor's records to not reflect the Debtor as the owner.  The Debtor believes that the value provided herein and obtained from the county tax assessor may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | Legal interest | $0.00 | County Assessor | $41,300.00 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 55.2. | **2423 Avenue G, Birmingham, AL 35218 - Debtor has a legal interest in this property, although the seller did not properly complete and record the transfer documents when Debtor purchased the property so the county assessor's records to not reflect the Debtor as the owner.  The Debtor believes that the value provided herein and obtained on the county assessors website does not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | Legal interest | $0.00     Zillow.com | $35,454.00 |
| 55.3. | **300 6th Street Pratt, Birmingham, AL 35214 - Debtor has a legal interest in this property, although the seller did not properly complete and record the transfer documents when Debtor purchased the property so the county assessor's records to not reflect the Debtor as the owner.  The Debtor believes that the value provided herein and obtained from the county tax assessor may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | Legal interest | $0.00     County Assessor | $48,500.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 2:21-bk-04924-EPB    Doc 10    Filed 07/08/21    Entered 07/08/21 18:22:42    Desc
Main Document      Page 5 of 48

| | | | | | |
|---|---|---|---|---|---|
| 55.4. | **6611 Division Avenue, Birmingham, AL 35206 - Debtor has a legal interest in this property, although the seller did not properly complete and record the transfer documents when Debtor purchased the property so the county assessor's records to not reflect the Debtor as the owner.  The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | Legal interest | $0.00 | Zillow.com | $60,603.00 |
| 55.5. | **100 E. Cherry Street, Blytheville, AR 72315 - Debtor has a legal interest in this property, although the seller did not properly complete and record the transfer documents when Debtor purchased the property so the county assessor's records to not reflect the Debtor as the owner.  The Debtor believes that the value provided herein and obtained from the county tax assessor may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | Legal interest | $0.00 | County assessor | $2,500.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| 55.6. | **1611 Basin Street, Blytheville, AR 72315 Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | | $0.00 | Zillow.com | $10,931.00 |
|---|---|---|---|---|---|---|
| 55.7. | **505 Sea Spray Drive, Bullhead City, AZ 86442 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | | $0.00 | Zillow.com | $8,874.00 |
| 55.8. | **12314 South Aberdeen Street, Calumet Park, IL 60827 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from the County Assessor may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | | $0.00 | County Assessor | $2,602.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| | | | | | |
|---|---|---|---|---|---|
| 55.9. | **648 West 62nd Street, Chicago, IL 60621 - Debtor has a legal interest in this property, although the seller did not properly complete and record the transfer documents when Debtor purchased the property so the county assessor's records to not reflect the Debtor as the owner. The Debtor believes that the value provided herein and obtained from Redfin.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | Redfin.com | $77,413.00 |
| 55.10. | **477 Edgewood Avenue, Akron, OH 44307  Abandoned property; other interest holders/buyers did not record transfer of title.  The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | Zillow.com | $39,926.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 2:21-bk-04924-EPB    Doc 10    Filed 07/08/21    Entered 07/08/21 18:22:42    Desc
Main Document    Page 8 of 48

| | | | | | |
|---|---|---|---|---|---|
| 55.11· | **1220 Hoover Place NW, Canton, OH 44703 - Abandoned property; other interest holders/buyers did not record transfer of title.  The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | Zillow.com | $39,133.00 |
| 55.12· | **821 Correll Avenue NE, Canton, OH 44704 - Abandoned property; other interest holders/buyers did not record transfer of title.  The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | Zillow.com | $15,994.00 |
| 55.13· | **2224 E. 78th Street, Cleveland, OH 44103 - Abandoned property; other interest holders/buyers did not record transfer of title.  The Debtor believes that the value provided herein and obtained from the county assessor may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | county assessor | $5,400.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 2:21-bk-04924-EPB    Doc 10    Filed 07/08/21    Entered 07/08/21 18:22:42    Desc
Main Document        Page 9 of 48

| | | | | |
|---|---|---|---|---|
| 55.14 | **4449 E. 154th Street, Cleveland, OH 44128 - Debtor has a legal interest in this property, although the seller did not properly complete and record the transfer documents when Debtor purchased the property so the county assessor's records to not reflect the Debtor as the owner.  The Debtor believes that the value provided herein and obtained from the county tax assessor may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | county assessor | $28,100.00 |
| 55.15 | **509 E. 114th Street, Cleveland, OH 44108 - Abandoned property; other interest holders/buyers did not record transfer of title.  The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | Zillow.com | $47,169.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| 55.16<br>· | **5606 Orey Avenue, Cleveland, OH 44105 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from the county tax assessor may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | county assessor | $11,200.00 |
| 55.17<br>· | **6407 Whittier Avenue, Cleveland, OH 44102 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from the county tax assessor may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | county assessor | $18,500.00 |
| 55.18<br>· | **548 W. Front Street, Berwick, PA 18603 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | Zillow.com | $143,642.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 55.19. | **405 E. Threadneedle Street, Beaumont, TX 77705 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from the county tax assessor may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | county assessor | $3,090.00 |
| 55.20. | **205 W. 2nd Street, Coffeyville, KS 67337 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | Zillow.com | $24,536.00 |
| 55.21. | **1014 Prescott Road, Columbia, SC 29203 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | Zillow.com | $81,773.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:21-bk-04924-EPB    Doc 10    Filed 07/08/21    Entered 07/08/21 18:22:42    Desc
Main Document    Page 12 of 48

| | | | | |
|---|---|---|---|---|
| 55.22. | **3665 Brumbaugh Blvd, Dayton, OH 45416 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from ZIllow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | $0.00 | Zillow.com | $38,000.00 |
| 55.23. | **1358 Elwood Road, East Cleveland, OH 44112 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from the county tax assessor may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | $0.00 | county assessor | $21,600.00 |
| 55.24. | **297 El Dorado Road, Fairmont, NC 28340 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | $0.00 | Zillow.com | $19,900.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 55.25. | **654 East Meyers Avenue, Hazel Park, MI 48030 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | Zillow.com | $148,423.00 |
| 55.26. | **105 South Mulberry, Manzanola, CO 81058 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | Zillow.com | $63,896.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 55.27· | **402 East Illinois Street, New Berlin, IL 62670 - Abandoned property; other interest holders/buyers did not record transfer of title; may be a title issue. The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | Zillow.com | $12,297.00 |
| 55.28· | **400 Cain Mill Crossing (RR1 Box 247G), Patrick, SC 29584 - Abandoned property; other interest holders/buyers did not record transfer of title. The Debtor believes that the value provided herein and obtained from the county tax assessor may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | county assessor | $2,400.00 |

| | | | | | |
|---|---|---|---|---|---|
| 55.29· | **764 Pensacola Avenue, Pontiac, MI 48340 - Abandoned property; other interest holders/buyers did not record transfer of title.  The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | Zillow.com | $62,187.00 |
| 55.30· | **10548 Count Drive, Saint Louis, MO 63136 - Abandoned property; other interest holders/buyers did not record transfer of title.  The Debtor believes that the value provided herein and obtained from Zillow.com may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | Zillow.com | $53,605.00 |
| 55.31· | **1635 E. Admiral Place, Tulsa, OK 74120 - Abandoned property; other interest holders/buyers did not record transfer of title.   The Debtor believes that the value provided herein and obtained from the county tax assessor may not represent the fair market value, although the Debtor does not have the resources to determine the current market value.** | | $0.00 | county assessor | $6,645.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

<div align="right">

$1,175,593.00

</div>

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

<div style="background:black;color:white;display:inline-block;">Part 10:</div> **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

<div style="background:black;color:white;display:inline-block;">Part 11:</div> **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

<div align="right">

Current value of
debtor's interest

</div>

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Lawsuit against Wayne County**
**Class action suit challenging tax foreclosure practices of Wayne County, Michigan, in which the county retained all of the proceeds from properties sold at tax auction, even if the proceeds exceeded the amount of the property's tax delinquency.**

<div align="right">

**Unknown**

</div>

| Nature of claim | Breach of Contract |
|-----------------|---------------------|
| Amount requested | $0.00 |

**Potential legal malpractice claim**

<div align="right">

**Unknown**

</div>

| Nature of claim | Legal malpractice claim |
|-----------------|--------------------------|
| Amount requested | $0.00 |

76. **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.     **Total of Part 11.**                                                                    $0.00

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $1,175,593.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b.  $1,175,593.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,175,593.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy
Case 2:21-bk-04924-EPB    Doc 10    Filed 07/08/21    Entered 07/08/21 18:22:42    Desc
Main Document      Page 19 of 48

Fill in this information to identify the case:

Debtor name **Home Opportunity, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-04924-EPB**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

**2.1** **Chesterfield County Treasurer**
Creditor's Name

**200 W. Main St., #1**
**Chesterfield, SC 29709**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8696**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**400 Cain Mill Crossing (RR1 Box 247G), Patrick, SC 29584 - Abandoned property**

Describe the lien
**Tax lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**
Column B: **$2,400.00**

---

**2.2** **City of Chicago Streets & Sanitation**
Creditor's Name

**121 N. LaSalle St., #1107**
**Chicago, IL 60602**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**streets and sanitation lien against property no longer owned by the Debtor at 5609 Seeley Ave and 719 W. 66th Place**

Describe the lien
**Municipal lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$10,140.00**
Column B: **Unknown**

---

Official Form 206D
Schedule D: Creditors Who Have Claims Secured by Property
page 1 of 13

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
  including this creditor and its
  relative priority.

---

| 2.3 | **Columbia County Assessment Office** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$143,642.00** |
|---|---|---|---|---|

Creditor's Name

**11 W. Main Street
Bloomsburg, PA 17815**

Creditor's mailing address

**548 W. Front Street, Berwick, PA 18603 - Abandoned property**

**Describe the lien**
**tax lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
2300**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Cook County Assessor** | **Describe debtor's property that is subject to a lien** | **$3,019.00** | **$2,602.00** |
|---|---|---|---|---|

Creditor's Name

**118 N. Clark St., Suite 320
Chicago, IL 60602**

Creditor's mailing address

**12314 South Aberdeen Street, Calumet Park, IL 60827 - Abandoned property**

**Describe the lien**
**Tax lien - outstanding taxes due per county's website**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
0000**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Cook County Assessor** | **Describe debtor's property that is subject to a lien** | **$23,033.00** | **$77,413.00** |
|---|---|---|---|---|

Creditor's Name

**118 N. Clark St., Suite 320
Chicago, IL 60602**

Creditor's mailing address

**648 West 62nd Street, Chicago, IL 60621**

**Describe the lien**
**Tax lien - outstanding taxes due per county's website**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**0000** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Cuyahoga County Auditor** | Describe debtor's property that is subject to a lien | $565.23 | $5,400.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name<br><br>**2079 E. 9th Street**<br>**Cleveland, OH 44115** | **2224 E. 78th Street, Cleveland, OH 44103 - Abandoned property** |
| Creditor's mailing address | **Describe the lien**<br>**Tax lien - outstanding taxes due per county's website** |
|  | **Is the creditor an insider or related party?**<br>■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**6055** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.7 | **Cuyahoga County Auditor** | Describe debtor's property that is subject to a lien | $13,908.34 | $28,100.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name<br><br>**2079 E. 9th Street**<br>**Cleveland, OH 44115** | **4449 E. 154th Street, Cleveland, OH 44128** |
| Creditor's mailing address | **Describe the lien**<br>**Tax lien - outstanding taxes due per county's website** |
|  | **Is the creditor an insider or related party?**<br>■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**3029** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.8 | **Cuyahoga County Auditor** | Describe debtor's property that is subject to a lien | $10,063.64 | $47,169.00 |
|---|---|---|---|---|

Creditor's Name

509 E. 114th Street, Cleveland, OH 44108 -
Abandoned property

**2079 E. 9th Street
Cleveland, OH 44115**

Creditor's mailing address

Describe the lien
**Tax lien - outstanding taxes due per county's
website**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known
☐ Yes

Is anyone else liable on this claim?

■ No

Date debt was incurred
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**2083**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.9 | **Cuyahoga County Auditor** | Describe debtor's property that is subject to a lien | $85,212.67 | $11,200.00 |
|---|---|---|---|---|

Creditor's Name

5606 Orey Avenue, Cleveland, OH 44105 -
Abandoned property

**2079 E. 9th Street
Cleveland, OH 44115**

Creditor's mailing address

Describe the lien
**Tax lien - outstanding taxes due per county's
website**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known
☐ Yes

Is anyone else liable on this claim?

■ No

Date debt was incurred
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**6032**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.1 0 | **Cuyahoga County Auditor** | Describe debtor's property that is subject to a lien | $9,822.77 | $18,500.00 |
|---|---|---|---|---|

Creditor's Name

6407 Whittier Avenue, Cleveland, OH 44102 -
Abandoned property

**2079 E. 9th Street
Cleveland, OH 44115**

Creditor's mailing address

Describe the lien

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Tax lien - outstanding taxes due per county's website**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9106**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11 | | | | |
|---|---|---|---|---|
| **Cuyahoga County Auditor** | Describe debtor's property that is subject to a lien | | $10,314.19 | $21,600.00 |

Creditor's Name

**1358 Elwood Road, East Cleveland, OH 44112 - Abandoned property**

**2079 E. 9th Street**
**Cleveland, OH 44115**

Creditor's mailing address

**Describe the lien**
**Tax lien - outstanding taxes due per county's website**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2025**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.12 | | | | |
|---|---|---|---|---|
| **Jefferson County Assessor** | Describe debtor's property that is subject to a lien | | **Unknown** | $41,300.00 |

Creditor's Name

**1750 27th Street Ensley, Birmingham, AL 35218**

**716 Richard Arrington Jr. Blvd. N**
**Birmingham, AL 35203**

Creditor's mailing address

**Describe the lien**
**Tax lien - outstanding taxes due per county's website**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5000**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Jefferson County Assessor** | Describe debtor's property that is subject to a lien | **Unknown** | **$35,454.00** |
|---|---|---|---|---|

Creditor's Name

**716 Richard Arrington Jr. Blvd. N Birmingham, AL 35203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 6000**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

Describe debtor's property that is subject to a lien
**2423 Avenue G, Birmingham, AL 35218**

Describe the lien
**Tax lien - outstanding taxes due per county's website**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Jefferson County Assessor** | Describe debtor's property that is subject to a lien | **Unknown** | **$48,500.00** |
|---|---|---|---|---|

Creditor's Name

**716 Richard Arrington Jr. Blvd. N Birmingham, AL 35203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 1000**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

Describe debtor's property that is subject to a lien
**300 6th Street Pratt, Birmingham, AL 35214**

Describe the lien
**Tax lien - outstanding taxes due per county's website**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Jefferson County Assessor** | Describe debtor's property that is subject to a lien | **Unknown** | **$60,603.00** |
|---|---|---|---|---|

Creditor's Name

**716 Richard Arrington Jr. Blvd. N Birmingham, AL 35203**

Describe debtor's property that is subject to a lien
**6611 Division Avenue, Birmingham, AL 35206**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | Describe the lien |
|---|---|---|
| Creditor's mailing address | | **Tax lien - outstanding taxes due per county's website** |
| | | Is the creditor an insider or related party? |
| | | ■ No |
| Creditor's email address, if known | | ☐ Yes |
| | | Is anyone else liable on this claim? |
| **Date debt was incurred** | | ■ No |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | | |
| **6000** | | |
| **Do multiple creditors have an interest in the same property?** | | **As of the petition filing date, the claim is:** |
| ■ No | | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |

---

| 2.1 6 | **Jefferson County Tax Office** | Describe debtor's property that is subject to a lien | **Unknown** | **$3,090.00** |
|---|---|---|---|---|
| | Creditor's Name | **405 E. Threadneedle Street, Beaumont, TX 77705 - Abandoned property** | | |
| | **Jefferson County Courthouse** | | | |
| | **1149 Peal Street** | | | |
| | **Beaumont, TX 77701** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Tax lien - outstanding taxes due per county's website** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0000** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ■ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.1 7 | **Mississippi County Assessor** | Describe debtor's property that is subject to a lien | **$275.66** | **$2,500.00** |
|---|---|---|---|---|
| | Creditor's Name | **100 E. Cherry Street, Blytheville, AR 72315** | | |
| | **200 W. Walnut St., #100** | | | |
| | **Blytheville, AR 72315** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Tax lien - outstanding taxes due per county's website** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **3000** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | | |
|---|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| �                                                                         | | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.1 8 | **Mississippi County Assessor** | Describe debtor's property that is subject to a lien | $893.16 | $10,931.00 |
|---|---|---|---|---|

Creditor's Name

**200 W. Walnut St., #100
Blytheville, AR 72315**
Creditor's mailing address

**1611 Basin Street, Blytheville, AR 72315
Abandoned property**

Describe the lien
**Tax lien - outstanding taxes due per county's website**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
6000**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 9 | **Mohave County Treasurer** | Describe debtor's property that is subject to a lien | $135.11 | $8,874.00 |
|---|---|---|---|---|

Creditor's Name

**700 W. Beale St
Kingman, AZ 86401**
Creditor's mailing address

**505 Sea Spray Drive, Bullhead City, AZ 86442
- Abandoned property**

Describe the lien
**Tax lien - outstanding taxes due per county's website**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
3113**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 0 | **Montgomery County Assessor** | Describe debtor's property that is subject to a lien | Unknown | $24,536.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Creditor's Name | 205 W. 2nd Street, Coffeyville, KS 67337 - Abandoned property | | |
|---|---|---|---|

**P.O. Box 767**
**Independence, KS 67301**

Creditor's mailing address

**Describe the lien**
**Tax lien - outstanding taxes due per county's website**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0000**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.2 1**

**Montgomery County Auditor**
Creditor's Name

**P.O. Box 972**
**Dayton, OH 45422**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**3665 Brumbaugh Blvd, Dayton, OH 45416 - Abandoned property**

$495.86 | $38,000.00

**Describe the lien**
**Tax lien - outstanding taxes due per county's website**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0139**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.2 2**

**Oakland County Treasurer**
Creditor's Name

**1200 Telegraph Road**
**Building 12E**
**Pontiac, MI 48341**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**654 East Meyers Avenue, Hazel Park, MI 48030 - Abandoned property**

Unknown | $148,423.00

**Describe the lien**
**Tax lien - outstanding taxes due per county's website**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Last 4 digits of account number** **0014** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 3 | **Otero County Treasurer** | **Describe debtor's property that is subject to a lien** | Unknown | $63,896.00 |
|---|---|---|---|---|
| | Creditor's Name | **105 South Mulberry, Manzanola, CO 81058 - Abandoned property** | | |
| | **13 W. 3rd Street, #213** **La Junta, CO 81050** | | | |
| | Creditor's mailing address | **Describe the lien** **Tax lien - outstanding taxes due per county's website** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** **4007** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

---

| 2.2 4 | **Richland County Treasurer** | **Describe debtor's property that is subject to a lien** | Unknown | $81,773.00 |
|---|---|---|---|---|
| | Creditor's Name | **1014 Prescott Road, Columbia, SC 29203 - Abandoned property** | | |
| | **2020 Hampton ST.** **Columbia, SC 29204** | | | |
| | Creditor's mailing address | **Describe the lien** **Tax lien - outstanding taxes due per county's website** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** **1238** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

---

| 2.2 5 | **Robeson County Register of Deeds** | **Describe debtor's property that is subject to a lien** | Unknown | $19,900.00 |
|---|---|---|---|---|

Case 2:21-bk-04924-EPB    Doc 10    Filed 07/08/21    Entered 07/08/21 18:22:42    Desc
Main Document    Page 29 of 48

| Creditor's Name | 297 El Dorado Road, Fairmont, NC 28340 - Abandoned property |
|---|---|
| **550 North Chestnut Street Lumberton, NC 28358** | |
| Creditor's mailing address | **Describe the lien** |
| | **Tax lien - outstanding taxes due per county's website** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number 4505** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.26 | **Sangamon County Tax Assessor** | Describe debtor's property that is subject to a lien | $3,479.26 | $12,297.00 |
|---|---|---|---|---|
| | Creditor's Name | **402 East Illinois Street, New Berlin, IL 62670 - Abandoned property** | | |
| | **200 S. 9th St., #104 Springfield, IL 62701** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Tax lien - outstanding taxes due per county's website** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number 6005** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.27 | **St. Louis County Treasurer** | Describe debtor's property that is subject to a lien | $11,378.52 | $53,605.00 |
|---|---|---|---|---|
| | Creditor's Name | **10548 Count Drive, Saint Louis, MO 63136 - Abandoned property** | | |
| | **41 S. Central Ave Saint Louis, MO 63105** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Tax lien - outstanding taxes due per county's website** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
|---|---|

**Last 4 digits of account number**
**0936**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **Stark County Auditor** | **Describe debtor's property that is subject to a lien** | $1,851.75 | $39,133.00 |
|---|---|---|---|---|
| | Creditor's Name | **1220 Hoover Place NW, Canton, OH 44703 - Abandoned property** | | |
| | **110 Central Plaza S., #220 Canton, OH 44702** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Tax lien - outstanding taxes due per county's website** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7717**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **Stark County Auditor** | **Describe debtor's property that is subject to a lien** | $2,611.27 | $15,994.00 |
|---|---|---|---|---|
| | Creditor's Name | **821 Correll Avenue NE, Canton, OH 44704 - Abandoned property** | | |
| | **110 Central Plaza S., #220 Canton, OH 44702** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Tax lien - outstanding taxes due per county's website** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2472**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **Summit County Fiscal Office** | **Describe debtor's property that is subject to a lien** | $1,855.35 | $39,926.00 |
|---|---|---|---|---|

---

Case 2:21-bk-04924-EPB    Doc 10    Filed 07/08/21    Entered 07/08/21 18:22:42    Desc
Main Document      Page 31 of 48

Creditor's Name

**175 South Main Street**
**Akron, OH 44308**

Creditor's mailing address

**477 Edgewood Avenue, Akron, OH 44307**
**Abandoned property**

Describe the lien
**Tax lien - outstanding taxes due per county's website**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2969**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Tulsa County Treasurer** | Describe debtor's property that is subject to a lien | | **Unknown** | **$6,645.00** |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**218 W. 6th Street, 8th Fl**
**Tulsa, OK 74119**

Creditor's mailing address

**1635 E. Admiral Place, Tulsa, OK 74120 -**
**Abandoned property**

Describe the lien
**Tax lien - outstanding taxes due per county's website**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4460**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | **$189,054.78** |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Debtor name **Home Opportunity, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-04924-EPB**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address **City of Cincinnati** **801 Plum Street** **Cincinnati, OH 45202** Date(s) debt was incurred ___ Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim:  **claims related to real property that is owned, property that was abandoned and property that is no longer owned regarding case numbers 16CV10458, CJI7024938 and 18CV07998** Is the claim subject to offset? ■ No ☐ Yes | **$63,993.74** |
| **3.2** | Nonpriority creditor's name and mailing address **Cleveland Municipal Court-Criminal Div** **1200 Ontario Street** **Cleveland, OH 44113** Date(s) debt was incurred ___ Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim:  **judgment liens on various properties owned, surrendered and no longer owned by the Debtor related to case numbered 2016-CVH 017970, 001972, 017973, 017974, 017975, 007440, 007443, 007444, 007818, 001393, 01394, 001395** Is the claim subject to offset? ■ No ☐ Yes | **$1,113,000.00** |
| **3.3** | Nonpriority creditor's name and mailing address **Joseph Ware for Estate of Evoughn Ware** **c/o Matthew D. Elster, Beermann LLP** **161 N. Clark Street, Suite 3000** **Chicago, IL 60601** Date(s) debt was incurred ___ Last 4 digits of account number **6009** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim:  **Judgment creditor** Is the claim subject to offset? ■ No ☐ Yes | **$9,689,948.18** |
| **3.4** | Nonpriority creditor's name and mailing address **Maurice Wutscher LLP** **Attn: Ernest Wagner** **105 W. Madison Street, Suite 603** **Chicago, IL 60602** Date(s) debt was incurred ___ Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim:  **potential claim for attorney's fees** Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
30975                Best Case Bankruptcy

Case 2:21-bk-04924-EPB    Doc 10    Filed 07/08/21    Entered 07/08/21 18:22:42    Desc
Main Document      Page 33 of 48

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205,613.00 |
|---|---|---|---|
| | **Window Rock Manager, LLC** <br> **1819 E. Southern Avenue, Ste B10** <br> **Mesa, AZ 85204** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred <u>1/1/2020 - 6/15/2021</u> | Basis for the claim:  <u>loan</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **City of Cincinnati** <br> **Tax & Licenses** <br> **801 Plum St** <br> **Cincinnati, OH 45202** | Line <u>3.1</u> <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Matthew D. Elster** <br> **Beermann LLP** <br> **161 N. Clark St., Suite 3000** <br> **Chicago, IL 60601** | Line <u>3.3</u> <br><br> ☐ Not listed. Explain ____ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 11,072,554.92 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 11,072,554.92 |

Debtor name     **Home Opportunity, LLC**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)     **2:21-bk-04924-EPB**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Contingent fee agreement regarding class action suit against Wayne County, Michigan, challenging tax foreclosure practices in which the county retained all of the proceeds from properties sold at tax auction, even if the proceeds exceeded the amount of the property's tax delinquency.** | |
| State the term remaining<br><br>List the contract number of any government contract | **Outside Legal Counsel, PLC<br>Attn: Philip L. Ellison<br>P.O. Box 107<br>Hemlock, MI 48626** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor name **Home Opportunity, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-04924-EPB**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  **Home Opportunity, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  **2:21-bk-04924-EPB**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1.** **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $26,739.00 |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | $55,604.00 |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $8,793,063.00 |

**2.** **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 2:21-bk-04924-EPB   Doc 10   Filed 07/08/21   Entered 07/08/21 18:22:42   Desc
Main Document   Page 37 of 48

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   Window Rock Manager, LLC<br>1819 E. Southern Avenue, Ste B10<br>Mesa, AZ 85204 | 4/5/2021<br>$432.00<br>3/26/2021<br>$9978 | $10,410.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Window Rock Manager, LLC<br>1819 E. Southern Avenue, Ste B10<br>Mesa, AZ 85204 | 4/5/2021<br>$432.12<br>3/26/2021<br>$9,978.21<br>1/28/2021<br>$12,894.98<br>1/13/2021<br>$3,434.19<br>12/3/2020<br>$6,996.21<br>11/24/2020<br>$547.96<br>11/16/2020<br>$1,095.87<br>10/27/2020<br>$12,293.79<br>9/1/2020<br>$51.00<br>7/28/2020<br>$10,453.65 | $58,177.98 | unsecured loan repayments |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Joseph Ware et al. v Home Opportunity, LLC**<br>**17L6009** | **Civil** | **Circuit Court of Cook County**<br>**5555 W. Grand Avenue**<br>**Chicago, IL 60639** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Cleveland Municipal Court / Criminal Divison vs. Home Opportunity, LLC**<br>**2016CVH017972** | **Code compliance issue** | **Cleveland Municipal Court-Criminal Div**<br>**1200 Ontario Street**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Cleveland Municipal Court / Criminal Divison vs. Home Opportunity, LLC**<br>**2016CVH017973** | **Code compliance issue** | **Cleveland Municipal Court-Criminal Div**<br>**1200 Ontario Street**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Cleveland Municipal Court / Criminal Divison vs. Home Opportunity, LLC**<br>**2016CVH017974** | **Code compliance issue** | **Cleveland Municipal Court-Criminal Div**<br>**1200 Ontario Street**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Cleveland Municipal Court / Criminal Divison vs. Home Opportunity, LLC**<br>**2016CVH017975** | **Code compliance issue** | **Cleveland Municipal Court-Criminal Div**<br>**1200 Ontario Street**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Cleveland Municipal Court / Criminal Divison vs. Home Opportunity, LLC**<br>**2017CVH007440** | **Code compliance issue** | **Cleveland Municipal Court-Criminal Div**<br>**1200 Ontario Street**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Cleveland Municipal Court / Criminal Divison vs. Home Opportunity, LLC**<br>**2017CVH007443** | **Code compliance issue** | **Cleveland Municipal Court-Criminal Div**<br>**1200 Ontario Street**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Cleveland Municipal Court / Criminal Divison vs. Home Opportunity, LLC**<br>**2017CVH007444** | **Code compliance issue** | **Cleveland Municipal Court-Criminal Div**<br>**1200 Ontario Street**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Cleveland Municipal Court / Criminal Divison vs. Home Opportunity, LLC**<br>**2017CVH007818** | **Code compliance issue** | **Cleveland Municipal Court-Criminal Div**<br>**1200 Ontario Street**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **Cleveland Municipal Court / Criminal Divison vs. Home Opportunity, LLC**<br>**2017CVH001393** | **Code compliance issue** | **Cleveland Municipal Court-Criminal Div**<br>**1200 Ontario Street**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.11. **Cleveland Municipal Court / Criminal Divison vs. Home Opportunity, LLC 2017CVH001394** | **Code compliance issue** | **Cleveland Municipal Court-Criminal Div 1200 Ontario Street Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12. **Home Opportunity vs. Oakland County 2020-180708-CZ (dismissed w/o prejudice)** | **Class action suit challenging tax foreclosure practices of Michigan counties Oakland and Wayne in which the counties retain all of the proceeds from properties sold at tax auction, even if the proceeds exceed the amount of the property's tax delinquency.** | **Oakland County, Michigan Superior Court 1200 N. Telegraph Road Dept. 413 Pontiac, MI 48341** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13. **Home Opportunity, LLC and Lawrence Sangster vs. COunty of Wayne by its Board of Commissioners and Eric Sabree 20-005048-CZ** | **Class action suit challenging tax foreclosure practices of Michigan counties Oakland and Wayne in which the counties retain all of the proceeds from properties sold at tax auction, even if the proceeds exceed the amount of the property's tax delinquency.** | **3rd Judicial Circuit of Michigan 2 Woodward Avenue Detroit, MI 48226** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Allen Barnes & Jones, PLC<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85004 | Attorney Fees (includes Ch 7 filing fee) | 6/16/2021 | $12,838.00 |
| | **Email or website address**<br>hbarnes@allenbarneslaw.com | | | |
| | **Who made the payment, if not debtor?**<br>Patrick Cardon | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | **2915 E. Baseline Road, Ste 109**<br>**Gilbert, AZ 85234** | **2013-2020** |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Bonita Gruenewald**<br>**1819 E. Southern Avenue, #B10**<br>**Mesa, AZ 85204** | **3/2018-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Cordell Rogers**<br>**1819 E. Southern Avenue**<br>**SUite B10**<br>**Mesa, AZ 85204** | **5/2013-12/2019 and 6/2021-7/2021** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Price Waterhouse Coopers**<br>**1850 N. Central Avenue**<br>**Suite 700**<br>**Phoenix, AZ 85004** | **1/2017-12/2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Bonita Gruenewald**<br>**1819 E. Southern Avenue, #B10**<br>**Mesa, AZ 85204** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Red Rock River, LLC** | **1819 E. Southern Avenue, #B10**<br>**Mesa, AZ 85204** | **Member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Red Rock River LLC** | **EIN:** 46-2636890 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  8, 2021** _____

**/s/ Cordell Rogers** _____    **Cordell Rogers** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   **Authorized Party** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re   **Home Opportunity, LLC**            Case No.   **2:21-bk-04924-EPB**

                              Debtor(s)           Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept            $            **12,500.00**

    Prior to the filing of this statement I have received    $            **12,500.00**

    Balance Due                             $            **0.00**

2. The source of the compensation paid to me was:

    ☐ Debtor       ☑ Other (specify):    **Patrick Cardon**

3. The source of compensation to be paid to me is:

    ☑ Debtor       ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **adversary proceedings or contested matters.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 8, 2021**
*Date*

                     **/s/ Hilary L. Barnes**
                     **Hilary L. Barnes 19669**
                     *Signature of Attorney*
                     **Allen Barnes & Jones, PLC**
                     **1850 N. Central Avenue, Suite 1150**
                     **Phoenix, AZ 85004**
                     **602-256-6000  Fax: 602-252-4712**
                     **hbarnes@allenbarneslaw.com**
                     *Name of law firm*

# United States Bankruptcy Court
### District of Arizona

In re   **Home Opportunity, LLC** _____   Case No.   **2:21-bk-04924-EPB**

_____ Debtor(s)   Chapter   **7**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

## MAILING LIST DECLARATION

I, the Authorized Party of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that

the Master Mailing List, consisting of ___**4**___ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:   **July  8, 2021** _____   **/s/ Cordell Rogers** _____
                                            **Cordell Rogers**/**Authorized Party**
                                            Signer/Title

Date:   **July  8, 2021** _____   **/s/ Hilary L. Barnes** _____
                                            Signature of Attorney
                                            **Hilary L. Barnes 19669**
                                            **Allen Barnes & Jones, PLC**
                                            **1850 N. Central Avenue, Suite 1150**
                                            **Phoenix, AZ 85004**
                                            **602-256-6000  Fax: 602-252-4712**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy