United States Bankruptcy Court
District of Arizona

In re:     Case No. 21-04924-EPB
HOME OPPORTUNITY, LLC     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 1
Date Rcvd: Jul 22, 2021     Form ID: dfdeclar     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HOME OPPORTUNITY, LLC, 1819 E. SOUTHERN AVENUE, #B10, MESA, AZ 85204-5219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HILARY L BARNES | on behalf of Debtor HOME OPPORTUNITY LLC hbarnes@allenbarneslaw.com, sgomez@allenbarneslaw.com,mvasquez@allenbarneslaw.com,ssheffield@allenbarneslaw.com,mmorgan@allenbarneslaw.com |
| JOHN P. DILLMAN | on behalf of Creditor Jefferson County houston_bankruptcy@publicans.com |
| ROBERT A. MACKENZIE | ram@ramlawltd.com az26@ecfcbis.com |
| TERRY A. DAKE | on behalf of Trustee ROBERT A. MACKENZIE tdake@cox.net |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 5

FORM dfdeclar
revised 08/01/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                 Case No.: 2:21−bk−04924−EPB

HOME OPPORTUNITY, LLC              Chapter: 7
1819 E. SOUTHERN AVENUE, #B10
MESA, AZ 85204
SSAN:
EIN: 46−2193923

Debtor(s)

## WARNING NOTICE TO ATTORNEY(S)

## RE: NON−COMPLIANCE WITH LOCAL RULE 1007−1(c)

A review of the case docket on 7/22/21 indicates that you have not yet filed a DECLARATION RE: ELECTRONIC FILING. A completed, original, signed Declaration is required to be filed in paper form with the Clerk's Office no later than 21 days after the date the petition was filed, or if an extension for schedules has been granted, no later than 7 days after the schedules and statements are filed. Pursuant to Local Rule 1007−1(c), failure to timely comply with this requirement shall result in dismissal of the case.

Local Rule 1007−1 states:

> **Lists, Schedules and Statements**
> . . . .
> **(c) Declaration.** Debtor must file with the Clerk an original Local Form No. 1007−1 Declaration of Electronic Filing verifying the petition, lists, schedules, statement of affairs and debtor's social security number. Failure to file the signed declaration within twenty−one (21) days after filing the petition or no later than seven (7) days after the schedules and statements are filed in the event of an extension will result in dismissal of the case without further notice.

This Warning Notice is sent as a courtesy reminder that the Declaration, as of the review date, was not on file in this case. It must be received in the Clerk's Office by the due date or the case will be dismissed. For your use and reference, a copy of the Declaration form is attached. The form is also found on the court's website at www.azb.uscourts.gov under "Forms."

The signed, original Declaration may be submitted by mail or filed in person at the Bankruptcy Clerk's Office.

| U.S. Bankruptcy Court | U.S. Bankruptcy Court | U.S. Bankruptcy Court |
|---|---|---|
| 230 N. First Ave., Suite 101 | 38 South Scott Avenue | 98 W. First Street, Suite 270 |
| Phoenix, AZ 85003 | Tucson, AZ 85701 | Yuma, AZ 85364 |

### − − − NOTICE CONTINUES ON NEXT PAGE − − −

**Date: July 22, 2021**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

By: , Deputy Clerk
Phone:

In re:

Chapter:

Case No.:

---

**DECLARATION RE: ELECTRONIC FILING**

**PART I – DECLARATION OF PETITIONER:**

    I [We] _____ and _____ , the undersigned debtor(s), corporate officer or partnership member, hereby declare under penalty of perjury that the information I have given my attorney and the information, including social security numbers, provided in the completed petition, lists, statements and schedules is true and correct. I have reviewed and signed each of the foregoing completed documents and my attorney has provided me with a signed copy of each to retain for my records. I consent to my attorney electronically filing the completed petition, lists, statements and schedules with the United States Bankruptcy Court. I understand that this **DECLARATION RE: ELECTRONIC FILING** is to be filed with the Clerk after all schedules and statements have been filed electronically but, in no event, no later than 21 days after the date the petition was filed or, in the event an extension has been granted, no later than 7 days after the schedules and statements are filed. I understand that failure to file the signed original of this **DECLARATION** will cause my case to be dismissed without further notice.

☐ [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in the petition.

**DATED:**_____,

**SIGNED:**_____      _____
        Debtor                                                           Joint Debtor

**SIGNED:**_____
        Authorized Corporate Office or Partnership Member

**PART II – DECLARATION OF ATTORNEY:**

    I declare as follows: The debtor(s) will have signed this form before I submit the petition, schedules and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court and have complied with all other requirements in the most recent Interim Operating Order. If an individual, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

**DATED:**_____,      _____
                                                                                Attorney for Debtor(s)

(FILE ORIGINAL WITH COURT. DO NOT FILE ELECTRONICALLY)