Matthew D. Elster (IL Bar No. 6303242)
**BEERMANN LLP**
161 North Clark Street #3000
Chicago, IL 60601
312.621.9700
mdelster@beermannlaw.com
*Counsel for Creditor, Joseph Ware*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>HOME OPPORTUNITY, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No.: 2:21-bk-09424-EPB<br><br>MOTION FOR EXTENSION OF TIME TO RESPOND TO APPLICATION TO CONFIRM ABSENCE OF AUTOMATIC STAY (DOC. 17) AND TO CONTINUE HEARING ON THE SAME. |

Creditor, JOSEPH WARE, Independent Administrator Of The Estate Of Evoughn Ware ("**Ware**"), through his attorneys, BEERMANN LLP, and pursuant to FRBC 9006, seeks an additional two weeks to file his response to the *Application to Confirm Absence of Automatic Stay with Respect to Deposit Accounts Held Solely by Applicants at Western Alliance Bank Pursuant to 11 U.S.C. § 362, Bankruptcy Rule 4001, and Local Rule 4001-1* (Dkt. No. 17) and to continue the hearing on the same, if necessary. In support thereof, Ware respectfully states as follows:

1. In the early hours of October 2, 2016, a housefire broke out at a residence located at 6029 South Throop Street in Chicago, resulting in the horrific death of Evoughn Ware. The Throop Residence was owned by the Debtor, Home Opportunity, LLC ("**Home Opportunity**"), a Delaware limited liability company

organized for the sole purpose of holding thousands of "distressed" properties in low-income neighborhoods as part of a fund advertising to investors a 20% return on their money.

2. Ms. Ware's estate sued Home Opportunity in 2017, and on January 23, 2020, a Cook County jury returned a $9.6 million verdict in her estate's favor. Ware initiated collection proceedings in Cook County shortly thereafter in an effort to collect his judgment, which is now over $11 million with post-judgment interest at a rate of 9%.

3. In those collection proceedings, Ware obtained a copy of a Loan Agreement between Western Alliance Bank and Home Opportunity. Pursuant to that Agreement, signed by Patrick Cardon on behalf of Home Opportunity, Home Opportunity agreed its *Affiliates* would maintain minimum account balances at the bank. The Agreement further defined *Affiliates* as entities over which Home Opportunity possessed the power to direct the management and policies thereof.

4. Based on Home Opportunity's representations of its ability to control these accounts and the funds therein, Ware filed a Motion for Turnover Order, seeking to compel Western Alliance Bank to turn over funds held in those accounts in partial satisfaction of his judgment.

5. Days before the Cook County court was to hear that Motion, Home Opportunity sought Chapter 7 protection before this court.

6. On July 23, 2021, Applicants filed their Application, supported by the declaration of Mr. Cardon, seeking a determination that the accounts in question—

accounts which the debtor, through Mr. Cardon, previously acknowledged its ability to control—are not part of the debtor's estate.

7.   Ware's response to the Application is due on August 6, 2021, and said Application is set to be heard by this Court on August 24, 2021.

8.   The undersigned counsel, whose firm is located in Northern Illinois, has been diligently seeking local counsel to (a) represent Ware's interests in this matter and (b) facilitate his *pro hac vice* admission to this Court pursuant to Local Rule 2090-1(b)(3), but has heretofore been unsuccessful. Additionally, the undersigned counsel is leaving today, August 4, 2021, for a long planned (and long overdue) weeklong vacation.

9.   The undersigned inquired of Marvin Ruth, attorney for Applicants, whether he objects to this request. As of the time of filing (and through no fault of Mr. Ruth), no response has been received.

ACCORDINGLY, Creditor, Joseph Ware respectfully requests this Court allow him an additional 14 days, until August 20, 2021, in which to obtain local counsel and file his objection to Applicant's Application and, if necessary, reset the currently scheduled August 24, 2021 hearing date on said Application.

Respectfully submitted,
**BEERMANN LLP**

/s/ *Matthew D. Elster*
Attorneys for Joseph Ware[1]

---

[1] Given his difficulties in obtaining the local counsel required to seek *pro hac vice* admission to this Court, and the rapidly approaching response deadline, the undersigned hopes this Court will excuse this filing prior to said admission.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2021, a copy of the attached document was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record who have appeared in this case.

s/ M*atthew D. Elster*