In re:  
HOME OPPORTUNITY, LLC  
    Debtor

Case No. 21-04924-EPB  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 06, 2021 | Form ID: pdf001 | Total Noticed: 34 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HOME OPPORTUNITY, LLC, 1819 E. SOUTHERN AVENUE, #B10, MESA, AZ 85204-5219 |
| intp | + | CADI US, LLC, c/o Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| intp | + | Credit Opportunity Holdings, LLC, c/or Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| intp | + | DIBS US, Inc., c/o Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| cr | + | Joseph Ware, Beermann LLP, 161 North Clark Street #3000, Chicago, IL 60601, UNITED STATES 60601-3346 |
| intp | + | WRCOF Asset Trust 2017-1, c/o Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| intp | + | Window Rock Investment Operations, LLC, c/o Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| 16475280 | + | Chesterfield County Treasurer, 200 W. Main St., #1, Chesterfield SC 29709-1527 |
| 16475284 | + | Columbia County Assessment Office, 11 W. Main Street, Bloomsburg PA 17815-1702 |
| 16475286 | + | Cook County Assessor, 118 N. Clark St., Suite 320, Chicago IL 60602-1531 |
| 16475287 | + | Cuyahoga County Auditor, 2079 E. 9th Street, Cleveland OH 44115-1302 |
| 16475288 | + | Jefferson County Assessor, 716 Richard Arrington Jr. Blvd. N, Birmingham AL 35203-0100 |
| 16475289 | + | Jefferson County Tax Office, Jefferson County Courthouse, 1149 Peal Street, Beaumont TX 77701-3321 |
| 16475290 | + | Joseph Ware for Estate of Evoughn Ware, c/o Matthew D. Elster, Beermann LLP, 161 N. Clark Street, Suite 3000, Chicago IL 60601-3346 |
| 16475291 | + | Matthew D. Elster, Beermann LLP, 161 N. Clark St., Suite 3000, Chicago IL 60601-3346 |
| 16489370 | + | Matthew Elster, 161 N Clark St, Ste 3000, Chicago, IL 60601-3346 |
| 16475292 | + | Mississippi County Assessor, 200 W. Walnut St., #100, Blytheville AR 72315-2820 |
| 16475293 | + | Mohave County Treasurer, 700 W. Beale St, Kingman AZ 86401-5711 |
| 16475294 | + | Montgomery County Assessor, P.O. Box 767, Independence KS 67301-0767 |
| 16475297 | + | Otero County Treasurer, 13 W. 3rd Street, #213, La Junta CO 81050-1536 |
| 16475298 | + | Richland County Treasurer, 2020 Hampton ST., Columbia SC 29204-1002 |
| 16475299 | + | Robeson County Register of Deeds, 550 North Chestnut Street, Lumberton NC 28358-5551 |
| 16475300 | + | Sangamon County Tax Assessor, 200 S. 9th St., #104, Springfield IL 62701-1955 |
| 16475301 | + | St. Louis County Treasurer, 41 S. Central Ave, Saint Louis MO 63105-1799 |
| 16475302 | + | Stark County Auditor, 110 Central Plaza S., #220, Canton OH 44702-1410 |
| 16475303 | + | Summit County Fiscal Office, 175 South Main Street, Akron OH 44308-1306 |
| 16475304 | + | Tulsa County Treasurer, 218 W. 6th Street, 8th Fl, Tulsa OK 74119-1004 |
| 16475305 | + | Window Rock Manager, LLC, 1819 E. Southern Avenue, Ste B10, Mesa AZ 85204-5219 |
| 16475295 | + | montgomery County Auditor, P.O. Box 972, Dayton OH 45422-0001 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 06 2021 22:21:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| 16483736 | + Email/Text: rnewhart@columbiapa.org | Aug 06 2021 22:21:00 | COLUMBIA COUNTY TAX CLAIM BUREAU, 11 W MAIN ST, PO BOX 380, BLOOMSBURG PA 17815-0380 |
| 16495241 | Email/Text: houston_bankruptcy@LGBS.com | Aug 06 2021 22:21:00 | Jefferson County, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 16475296 | + | Email/Text: roarkd@oakgov.com | Aug 06 2021 22:21:00 | Houston, TX 77253-3064<br>Oakland County Treasurer, 1200 Telegraph Road, Building 12E, Pontiac MI 48341-1032 |
| 16487256 | | Email/Text: treasurer-bankruptcy@starkcountyohio.gov | Aug 06 2021 22:21:00 | Stark County Treasurer's Office, 110 CENTRAL PLZ S, STE 250, CANTON, OH 44702-1410 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16475281 | | City of Chicago, Streets & Sanitation |
| 16475282 | | City of Cincinnati |
| 16475283 | | Cleveland Municipal Court |
| 16475285 | | Contingency Fee Ag re Michigan lawsuit |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HILARY L BARNES | on behalf of Debtor HOME OPPORTUNITY  LLC hbarnes@allenbarneslaw.com, sgomez@allenbarneslaw.com,mvasquez@allenbarneslaw.com,ssheffield@allenbarneslaw.com,mmorgan@allenbarneslaw.com |
| JOHN P. DILLMAN | on behalf of Creditor Jefferson County houston_bankruptcy@publicans.com |
| MARVIN C. RUTH | on behalf of Interested Party DIBS US  Inc. mruth@cblawyers.com, vcolwell@cblawyers.com |
| MARVIN C. RUTH | on behalf of Interested Party WRCOF Asset Trust 2017-1 mruth@cblawyers.com  vcolwell@cblawyers.com |
| MARVIN C. RUTH | on behalf of Interested Party Window Rock Investment Operations  LLC mruth@cblawyers.com, vcolwell@cblawyers.com |
| MARVIN C. RUTH | on behalf of Interested Party Credit Opportunity Holdings  LLC mruth@cblawyers.com, vcolwell@cblawyers.com |
| MARVIN C. RUTH | on behalf of Interested Party CADI US  LLC mruth@cblawyers.com, vcolwell@cblawyers.com |
| Matthew Elster | on behalf of Creditor Joseph Ware mdelster@beermannlaw.com |
| ROBERT A. MACKENZIE | ram@ramlawltd.com  az26@ecfcbis.com |

| | | |
|---|---|---|
| TERRY A. DAKE | on behalf of Trustee ROBERT A. MACKENZIE tdake@cox.net | |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV | |

TOTAL: 11

*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF AUCTION SALE**

     **PLEASE TAKE NOTICE** that an auction sale will be held on August 27, 2021 beginning at 8:30 a.m.. The sale will be held at 230 N. First Ave., Ste. 102 (1st Floor), Phoenix, AZ (1st Ave. & Van Buren).

     **DESCRIPTION OF PROPERTY TO BE SOLD:**

     1. All right, title and interest of the bankruptcy estate in the following real property:

     1635 East Admiral Place, Tulsa OK 74106
     Parcel Id: 24275-93-06-14460

     See the attached deed regarding the debtor's interest.

     **THE PROPERTY IS SOLD AS IS, SUBJECT TO ANY AND ALL LIENS, CLAIMS, ENCUMBRANCES AND ADVERSE INTERESTS, IF ANY. THE TRUSTEE WILL PROVIDE A QUITCLAIM DEED ONLY. THIS SALE IS NOT A "FREE AND CLEAR" SALE. BIDDERS MUST CONDUCT THEIR OWN DUE DILIGENCE.**

     **OPENING BID:**

     $1,500.00
     Bidder: GC Real Estate, LLC

     **THE FINAL BID PRICE IS SUBJECT TO APPROVAL BY THE TRUSTEE. THE TRUSTEE WILL NOTIFY THE HIGH BIDDER AFTER THE SALE WHETHER THE SALE WILL BE COMPLETED FOR THE FINAL BID PRICE.**

**TERMS AND CONDITIONS OF SALE**:

All property must be paid for by cashier's check within five business days after the conclusion of the sale before the buyer can take possession of the property. All property is sold "as is, where is" with no warranties of any kind including but not limited to title, fitness or merchantability. If the high bidder does not timely pay the bid price, the trustee may then close the sale to the next highest bidder, or may take other steps to dispose of the property, and may pursue a claim for damages against any bidder who fails to timely pay.

**VIEWING OF THE ASSETS**

Contact trustee's counsel, Terry Dake, who can be reached at 602-710-1005 or tdake@cox.net.

**BIDDING BY TELEPHONE**

Bidders may participate by telephone by connecting to a conference on the day of the sale. The conference call may be accessed by calling: (310) 372-7549, wait for prompt, enter access code 831482 and then press #.

**OBJECTIONS TO THE SALE**

Any person opposing the sale shall file a written objection on or before twenty-one (21) days after the date of this notice with the Clerk of the United States Bankruptcy Court, 230 N. First Ave., Ste. 101, Phoenix, AZ 85003-1706.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the Court as of the date of the scheduled sale, bids will still be taken and the normal sales procedure followed. The closing of the sale will then remain dependent upon the outcome of the Court hearing regarding the objection.

The trustee provides the following additional information pursuant to Local Rule 6004-1:
1. Other than the debtor, no other person or entity is known to have an ownership interest in the property. The trustee is informed and believes that the property may be subject to liens for unpaid taxes and other obligations.
2. The sale is not free and clear of liens, claims or interests. The sale is subject to all and all liens, claims, encumbrances and adverse interests.
3. The purchase price is to be paid in full after the close of bidding.
4. The property may be viewed by visiting the property.
5. The sale is subject to higher and better offers at the time of the sale.
6. No compensation will be paid from the sale.
7. The trustee does not have an appraisal of the property.

8. There is no pending stay relief motion with regard to the property.

DATED August 5, 2021.

                              ***TERRY A. DAKE, LTD.***

                              By   /s/ TD009656
                                  Terry A. Dake
                                  P.O. Box 26945
                                  Phoenix, Arizona  85068-6945
                                  Attorney for Trustee



PREPARED BY & RETURN TO:
Katharine Burkhalter, Attorney at Law retained by:
Orion Financial Group, Inc.
2860 Exchange Blvd., Suite 100
Southlake, TX 76092

# QUITCLAIM DEED

THIS INDENTURE is made as of April 25, 2013, between TRANSPORTATION ALLIANCE BANK INC. ("Grantor") having an address of 4185 Harrison Blvd.,, Suite 200, Ogden, UT 84403, and HOME OPPORTUNITY, LLC ("Grantee") having an address of c/o Halo Asset Management, LLC, as Asset Manager, One Allen Center, Suite 500, 700 Central Expressway South, Allen, TX 75013.

For and in consideration of the sum of $ .00, cash in hand paid, and other good and valuable consideration, the receipt, adequacy and sufficiency of which is hereby acknowledged, Grantor has bargained, sold, remised, released and quitclaimed and does by these presents bargain, sell, remise, release, and forever quitclaim to Grantee, its successors and assigns, all the right, title, interest, claim or demand which Grantor has or may have had in and to the following real property ("Property"):

SEE ATTACHED EXHIBIT A

Property Address: 1635 E. ADMIRAL PACE, TULSA, OK 74120
'EXEMPT FROM DOCUMENTARY STAMP TAX SECTION 3202 PARAGRAPH 10' RECORDED 06/14/2012, INSTRUMENT NO. 2012057479

TO HAVE AND TO HOLD the Property unto Grantee, its successors or assigns, so that neither Grantor nor its successors or assigns nor any other person claiming under it shall at any time, claim or demand any right, title or interest to the Property or its appurtenances.

1635 E. ADMIRAL PLACE    LHB  *13027896*

OK  Tulsa

31180
TAB/HOME/QCD

IN WITNESS WHEREOF, Grantor has caused this deed to be executed by its duly authorized officers, and its corporate seal to be affixed, the day and year above written.

TRANSPORTATION ALLIANCE BANK INC.

By: _____
Kelli J. Airis, Vice President

Witness: T. Davis

Signed, Sealed and Delivered in our Presence:

Witness: S. Bryan

Witness: C. Lafferty

STATE OF TEXAS
COUNTY OF TARRANT

On 04/25/2013, before me, the undersigned, a Notary Public for said County and State, personally appeared Kelli J. Airis, personally known to me to be the person that executed the foregoing instrument, and acknowledged that he/she is Vice President of/ for TRANSPORTATION ALLIANCE BANK INC. and that he/she executed the foregoing instrument pursuant to a resolution of its board of directors and that such execution was done as the free act and deed of TRANSPORTATION ALLIANCE BANK INC. .

Notary Public, M. Conner
My Commission Expires: 11/30/2014

M. CONNER
MY COMMISSION EXPIRES
November 30, 2014

# Exhibit A

LOT TWENTY-TWO (22) IN BLOCK ONE (1), IN LYNCH. & FORSYTHES
ADDITION TO TULSA, TULSA COUNTY, OKLAHOMA, ACCORDING TO,
THE RECORDED PLAT THEREOF.

13027896 TAB/HOME/QCD
Tulsa County, OK