# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Home Opporunity, LLC | Chapter 7 |
| | Case No.: 2:21-bk-04924-EPB |
| | Adversary No.: |
| Debtor(s) | |

**PRO HAC VICE APPLICATION**

    Applicant, MATTHEW DAVID ELSTER, hereby applies for leave to appear and participate in this action.

    I am a member in good standing of the Bar of the United States District Court for the Northern District of Illinois since 2012, and the Supreme Court of the State of Illinois since 2010; I have been retained by JOSEPH WARE, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF EVOUGHN WARE to appear in this court in this action; I am not a member of the Bar of the United States District Court, District of Arizona.

    I declare under penalty of perjury that I: (1) do not reside in Arizona; (2) am not regularly employed in Arizona; and (3) am not regularly engaged in the practice of law in Arizona.

    I further declare under penalty of perjury that, within one year proceeding this application, I have filed the following Application(s) for Limited Admission or Pro Hac Vice Application(s) with this court.

[NONE]

I hereby designate GERALD L. SHELLEY, a member of the bar of this court who maintains an office in this district and who has consented to this designation, as co-counsel with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

Dated: AUGUST 13, 2021

_____
Signature of Attorney

**Matthew David Elster**

Name of Attorney

**Beermann LLP, 161 North Clark Street #3000**
Address

**Chicago, IL 60601**
City State Zip

**312.621.1232**

Telephone Number

**mdelster@beermannlaw.com**
Email Address

# CONSENT TO DESIGNATION

I hereby consent to the foregoing designation as a member of the Bar of the United States District Court for the District of Arizona.

Dated: 24 Aug 21

Signature of Attorney

**Gerald L. Shelley**
Name of Attorney

**Fennemore, 2394 East Camelback Road, Suite 600**

Address

**Phoenix, AZ 85016-3429**
City                State        Zip

**602.916.5439**
Telephone Number

**gshelley@fennemorelaw.com**
Email Address

NOTE: There is no fee required for the filing or granting of this application.