Matthew D. Elster (IL Bar No. 6303242)
**BEERMANN LLP**
161 North Clark Street #3000
Chicago, IL 60601
312.621.9700
mdelster@beermannlaw.com
*Counsel for Creditor, Joseph Ware*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>HOME OPPORTUNITY, LLC,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No.: 2:21-bk-09424-EPB<br><br>NOTICE OF LODGING OF ORDER |

Please take notice that the attached order has been lodged with the Court.

DATED August 24, 2021.

Respectfully submitted,<br>
**BEERMANN LLP**<br><br>
/s/ *Matthew D. Elster*<br>
Attorneys for Joseph Ware

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2021, a copy of the attached document was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record who have appeared in this case.

s/ M<em>atthew D. Elster</em>

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

IN RE:

HOME OPPORTUNITY, LLC,

    Debtor.

Chapter 7

Case No.: 2:21-bk-09424-EPB

## ORDER

This cause coming before the Court on the Pro Hac Vice Application of Matthew D. Elster of Beermann LLP, counsel for creditor, Joseph Ware (Dkt. #36), due notice having been provided and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Pro Hac Vice Application of Matthew D. Elster of Beermann LLP, counsel for creditor Joseph Ware, is **GRANTED**.

                                            DATED AND SIGNED ABOVE