**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| HOME OPPORTUNITY, LLC; ) | Case No. 2:21-BK-04924-EPB |
| Debtor. ) | |

**ORDER AUTHORIZING EMPLOYMENT OF AUCTIONEER**

Pursuant to the provisions of 11 U.S.C. §327(a) and the trustee's Application For Employment Of Auctioneer, Cunningham & Associates, to serve as auctioneer, and good cause appearing, the Application For Employment Of Auctioneer is approved.

The property of the estate to be sold is the real property interests of the debtor as filed at Admin. Dkt. No. 10, Part 9, Real Property, excluding Item 55.31.

**IT IS FURTHER ORDERED** that, upon completion of the duly advertised auction sale, a sworn report thereon shall be submitted to the trustee and filed with the Court. The auctioneer's fees shall not exceed 10%. The auctioneer may also be paid reasonable, actual expenses, subject to Court approval thereof.

**DATED AND SIGNED ABOVE.**