***TERRY A. DAKE, LTD.***
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| Debtor. | ) | |

**JOINDER IN OBJECTION**

The trustee joins in the objection filed by Joseph Ware ("Ware") at Admin. Dkt. No. 41. The trustee's joinder is more fully set forth in and is supported by the following Memorandum Of Points and Authorities.

DATED August 31, 2021.

***TERRY A. DAKE, LTD.***

By /s/ TD009656
    Terry A. Dake - 009656
    P.O. Box 26945
    Phoenix, Arizona 85068-6945
    Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

The objection filed by Ware at Admin. Dkt. No. 41 raises serious issues about the funds at issue in the motion at Admin. Dkt. No. 17. It is obvious that there are separate identity issues among the myriad of entities when terms like "rolled up" appear in deposition testimony. Dkt. No. 41-1, p. 8, lns. 21-22. Thus, the trustee

supports the Ware objection as well as Ware's request for an opportunity to obtain further information.

Accordingly, the trustee joins in the Ware objection and requests that the Court allow Ware to conduct further discovery to determine if there is fire behind the smoke.

**WHEREFORE**, the trustee joins in and supports the Ware objection.

DATED August 31, 2021.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona 85068-6945

COPY emailed August 31, 2021 to:

Matthew Elster
Beermann LLP
161 N Clark St
Ste 3000
Chicago, IL 60601
312-621-9700
312-621-0909 (fax)
mdelster@beermannlaw.com

MARVIN C. RUTH
Coppersmith Brockelman PLC
2800 N Central Avenue, Suite 1200
PHOENIX, AZ 85004
602-381-5462
602-224-6020 (fax)
mruth@cblawyers.com

 /s/ TD009656

2