*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**REPORT OF SALE**

The trustee reports that he has received payment of the $2,300.00 bid made by GC Real Estate, LLC pursuant to the Notice Of Auction Sale at Admin Dkt. No. 25. As Admin. Dkt. No. 25 reflects, the trustee sold: All right title and interest of the debtor and the bankruptcy estate in and to the following property:

1635 East Admiral Place, Tulsa OK 74106

Parcel Id: 24275-93-06-14460

This report is filed in compliance with Bankruptcy Rule 6004.

DATED September 2, 2021.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
    Terry A. Dake – 009656
    P.O. Box 26945
    Phoenix, Arizona 85068-6945
    Attorney for Trustee