```
 1  TERRY A. DAKE, LTD.
    P.O. Box 26945
 2  Phoenix, Arizona  85068-6945
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| | ) | |
| Debtor. | ) | |
| | ) | |

### APPLICATION TO RETAIN
### SPECIAL COUNSEL

The trustee applies hereby to retain Beermann, LLP and Moyes Sellers & Hendricks as special counsel for the bankruptcy estate, saying as follows:

1. A petition for relief under Chapter 7 of the Bankruptcy Code was filed by the debtor.

2. Robert A. MacKenzie is the duly appointed trustee of the Chapter 7 estate.

3. The trustee needs legal representation in the investigation and prosecution of fraudulent conveyance and related claims of the estate.

4. Prior to the bankruptcy filing, Beermann, LLP ("Beermann") represented creditor Joseph Ware, as representative of the decedent's estate of Evoughn Ware, in an effort to collect a multi-million dollar wrongful death judgment that was entered against the debtor. In the course of doing so, Beermann became familiar with the debtor's financial

affairs and certain potential fraudulent conveyance and related claims. Moreover, Ware is the largest creditor of this estate.

5. Moyes Sellers & Hendricks ("MSH") is a firm of litigation attorneys with substantial experience in the prosecution of complex fraudulent conveyance claims and related litigation in the bankruptcy court and other forums.

6. Beermann and MSH have agreed to associate to investigate and prosecute these claims on behalf of the estate on a contingent fee of 40% of the amount recovered, along with reimbursement of reasonable expenses incurred. The fees approved by the Court will be allocated between Beermann and MSH in accordance with the services provided by each firm.

7. The trustee believes that Beerman and MSH are qualified to represent the estate and otherwise assist the trustee in pursuing these claims of the estate.

**WHEREFORE**, the trustee prays for the entry of an order authorizing the trustee to retain Beermann and MSH as special counsel for the estate.

DATED September 7, 2021.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona 85068-6945
Attorney for Trustee

2