**SO ORDERED.**

**Dated: September 9, 2021**

**Eddward P. Ballinger Jr., Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| HOME OPPORTUNITY, LLC; ) | Case No. 2:21-BK-04924-EPB |
| ) | |
| Debtor. ) | |

## ORDER CONFIRMING SALE

The trustee having conducted an auction sale of certain property of the estate at a duly noticed sale (Admin. Dkt. No. 25); and

The high bidder having made payment of the purchase price and the trustee having filed a report of sale at Admin. Dkt. No. 43; and

Good cause appearing.

**IT IS ORDERED** that the trustee's auction sale of all right, title and interest of the bankruptcy estate and the debtor in and to the following real property to GC Real Estate, LLC for $2,300.00 is approved and confirmed:

LOT TWENTY-TWO (22) IN BLOCK ONE (1), IN LYNCH. & FORSYTHES ADDITION TO TULSA, TULSA COUNTY, OKLAHOMA, ACCORDING TO THE RECORDED PLAT THEREOF.

And commonly known as: 1635 East Admiral Place Tulsa OK 74106

Parcel id: 24275-93-06-14460

Subject to taxes and assessments, reservations, and all easements, rights of way, covenants, conditions, restrictions, liens and encumbrances of record. The property is sold "as is".

**DATED AND SIGNED ABOVE.**