Exhibit 1

Exhibit 1

John C. Kelly (012770)
Marvin C. Ruth (024220)
Katherine L. Hyde (025441)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 224-0999
F: (602) 224-6020
jkelly@cblawyers.com
mruth@cblawyers.com
khyde@cblawyers.com
*Attorneys for Applicants*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>HOME OPPORTUNITY, LLC,<br><br>                   Debtor.<br><hr><br>WINDOW ROCK INVESTMENT OPERATIONS, LLC, a Delaware corporation; DIBS US, INC., a Delaware corporation; CADI US, LLC, a Delaware limited liability company; WRCOF ASSET TRUST 2017-1, a Delaware statutory trust; and CREDIT OPPORTUNITY HOLDINGS, LLC, a Delaware limited liability company,<br><br>                   Applicants,<br><br>v.<br><br>HOME OPPORTUNITY, LLC, Debtor; CHAPTER 7 TRUSTEE, ROBERT A. MACKENZIE,<br><br>                   Respondents. | Chapter: 7<br><br>Case No. 2:21-bk-04924-EPB<br><br>**SUPPLEMENTAL DECLARATION OF PATRICK CARDON** |

I, Patrick Cardon, declare as follows:

1. On or around July 22, 2021, I submitted my declaration ("Initial Declaration") in support of the application filed by CADI US, LLC ("CADI") and various related entities (the "Initial Declaration" and the "Application," respectively). [DE No. 17] I am submitting this Declaration to supplement my Initial Declaration. Unless otherwise defined herein, all capitalized terms in this Declaration will be given the same meaning ascribed to such terms in my Initial Declaration.

2. As noted in my Initial Declaration, I am the manager of CADI. CADI is one of the entities that has their money tied up due to the claims asserted by Ware, as now joined by the Chapter 7 trustee. On July 23, 2021, when Ware filed its Turnover Motion, Ware specifically referenced CADI's Account No. xx1688 with WAB, which had on deposit $200,501. See Initial Declaration, Exhibit I. Ware attached as an exhibit to the Turnover Motion CADI's bank statement dated March 31, 2021, which reflected $200,500.93 in cash on deposit with WAB.

3. Attached hereto as Exhibit A are CADI's WAB bank statements for April through August 2021. CADI's most recent bank statement for the month ending August 31, 2021, shows CADI has $883,125.54 in cash on deposit with WAB. None of these funds were provided by Debtor. As I explained in my Initial Declaration, Ware's assertion of control over these funds (as now joined by the Chapter 7 Trustee) is causing serious harm to CADI.

4. While the specifics of the transaction are confidential, CADI received a wire transfer on April 6, 2021 in the sum of $886,955.22, which was provided by Servis One, Inc. dba BSI Financial Services ("Servis"). This wire transfer is plainly set forth on CADI's bank statement for the month ended April 30, 2021. Since then, CADI has had minimal account activity with WAB.

5. CADI's funds on deposit with WAB were provided by Servis on an arms-length basis as part of a confidential transaction. While confidential, CADI's transaction with Servis

{600056.1}
Error! Unknown document property name.

involves the transfer of certain mortgage servicing rights totally unrelated to the Debtor. The Servis transaction has not been consummated. If the transaction is not consummated, then CADI will be required to return these funds to Servis.

6. I certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated this _10th_ day of September, 2021.

/s/ _____
Patrick Cardon

{600056.1 }
Error! Unknown document property name.

# Exhibit A



# Alliance Bank
OF ARIZONA

**Alliance Bank of Arizona, a division of Western Alliance Bank.
Member FDIC.**

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

CADI US LLC
1819 E SOUTHERN AVE SUITE B10
MESA AZ 85204-5219

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
3033 West Ray Road
Chandler AZ 85226

*THANK YOU FOR BANKING WITH US!*

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX1688 | Beginning balance | $200,500.93 |
| Low balance | $203,500.93 | Total additions | 897,955.22 |
| Average balance | $762,126.90 | Total subtractions | 232,563.30 |
| Avg collected balance | $762,126 | Ending balance | $865,892.85 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 04-07 | ' Online Transfer Dr | 227,160.32 |
| | REF 0971646L FUNDS TRANSFER TO DEP XXXXXX3135 | |
| | FROM CLEARS CADI TO DIBS DTDF | |
| 04-13 | ' Wire Dr O/L Usd | 5,402.98 |
| | OUTGOING WIRE BNF BSI FINANCIAL SERVICES;REF ;WIRE | |
| | /OUT - 20211030717100 | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 04-01 | ' Online Transfer Cr | 3,000.00 |
| | REF 0911254L FUNDS TRANSFER FRMDEP XXXXXX7543 | |
| | FROM PARTIALLY REDUCES WRCP TO CADI DTDF | |
| 04-05 | ' Online Transfer Cr | 2,000.00 |
| | REF 0951151L FUNDS TRANSFER FRMDEP XXXXXX7543 | |
| | FROM REDUCE WRCP TO CADI DTDF | |
| 04-06 | ' Wire Cr-Usd | 886,955.22 |
| | INCOMING WIRE ORG SERVIS ONE INC;REF ;WIRE/IN - 20 | |
| | 210961000100 | |

| Date | Description | Additions |
|------|-------------|-----------|
| 04-12 | ' Online Transfer Cr | 4,000.00 |
| | REF 1021045L FUNDS TRANSFER FRMDEP XXXXXX7543 | |
| | FROM REDUCES WRCP TO CADI DTDF | |
| 04-26 | ' Online Transfer Cr | 1,000.00 |
| | REF 1161024L FUNDS TRANSFER FRMDEP XXXXXX7543 | |
| | FROM PARTIALLY REDUCES WRCP TO CADI DTDF | |
| 04-30 | ' Online Transfer Cr | 1,000.00 |
| | REF 1201236L FUNDS TRANSFER FRMDEP XXXXXX7543 | |
| | FROM PARTIALLY REDUCES WRCP TO CADI DTDF | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03-31 | 200,500.93 | 04-06 | 1,092,456.15 | 04-13 | 863,892.85 |
| 04-01 | 203,500.93 | 04-07 | 865,295.83 | 04-26 | 864,892.85 |
| 04-05 | 205,500.93 | 04-12 | 869,295.83 | 04-30 | 865,892.85 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*

**To Reconcile Your Checking Account:**
1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

### IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT
You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Write us at One E Washington Street, Suite 100, Phoenix, AZ 85004, telephone us at (877) 273-2265 or E-mail us at inquiries@alliancebankofarizona.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED
**Revolving Lines of Credit-** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT
If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION-**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS-**If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (877) 273-2265 to find out if the deposit has been made.

Member FDIC 



# Alliance Bank
## OF ARIZONA

**Alliance Bank of Arizona, a division of Western Alliance Bank.**
**Member FDIC.**

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

CADI US LLC
1819 E SOUTHERN AVE SUITE B10
MESA AZ 85204-5219

Last statement: April 30, 2021
This statement: May 31, 2021
Total days in statement period: 31

Page 1 of 2
XXXXXX1688
( 0)

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
3033 West Ray Road
Chandler AZ 85226

---

*THANK YOU FOR BANKING WITH US!*

---

## Analyzed Business Checking

| Account number | XXXXXX1688 | Beginning balance | $865,892.85 |
|---|---|---|---|
| Low balance | $865,795.27 | Total additions | 17,467.77 |
| Average balance | $877,445.31 | Total subtractions | 235.08 |
| Avg collected balance | $877,445 | Ending balance | $883,125.54 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 138 | 05-03 | 97.58 | 139 | 05-18 | 137.50 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 05-05 | ' Online Transfer Cr | 9,700.00 |
| | REF 1251531L FUNDS TRANSFER FRMDEP XXXXXX7543 | |
| | FROM FINAL CLEARING OF WRCP TO CADI DTDF | |
| 05-19 | ' Wire Cr-Usd | 7,767.77 |
| | INCOMING WIRE ORG SERVIS ONE INC;REF ;WIRE/IN - 20 | |
| | 211390780000 | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 865,892.85 | 05-05 | 875,495.27 | 05-19 | 883,125.54 |
| 05-03 | 865,795.27 | 05-18 | 875,357.77 | | |

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for<br>this period | Total<br>year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*

**To Reconcile Your Checking Account:**
1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

### IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Write us at One E Washington Street, Suite 100, Phoenix, AZ 85004, telephone us at (877) 273-2265 or E-mail us at inquiries@alliancebankofarizona.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED

**Revolving Lines of Credit-** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION-**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS-**If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (877) 273-2265 to find out if the deposit has been made.

DP-002 (Rev. 07/16) ABA

Member FDIC




**Alliance Bank of Arizona, a division of Western Alliance Bank.
Member FDIC.**

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

CADI US LLC
1819 E SOUTHERN AVE SUITE B10
MESA AZ 85204-5219

Last statement: May 31, 2021
This statement: June 30, 2021
Total days in statement period: 30

Page 1 of 1
XXXXXX1688
( 0)

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
3033 West Ray Road
Chandler AZ 85226

*THANK YOU FOR BANKING WITH US!*

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX1688 | Beginning balance | $883,125.54 |
| Low balance | $883,125.54 | Total additions | .00 |
| Average balance | $883,125.54 | Total subtractions | .00 |
| Avg collected balance | $883,125 | Ending balance | $883,125.54 |

**\*\* No activity this statement period \*\***

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*

**To Reconcile Your Checking Account:**
1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

### IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Write us at One E Washington Street, Suite 100, Phoenix, AZ 85004, telephone us at (877) 273-2265 or E-mail us at inquiries@alliancebankofarizona.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED

**Revolving Lines of Credit-** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION-**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS-**If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (877) 273-2265 to find out if the deposit has been made.

Member FDIC 



**Alliance Bank of Arizona, a division of Western Alliance Bank.**
**Member FDIC.**

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

CADI US LLC
1819 E SOUTHERN AVE SUITE B10
MESA AZ 85204-5219

Last statement: June 30, 2021
This statement: July 31, 2021
Total days in statement period: 31

Page 1 of 1
XXXXXX1688
( 0)

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
3033 West Ray Road
Chandler AZ 85226

*THANK YOU FOR BANKING WITH US!*

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX1688 | Beginning balance | $883,125.54 |
| Low balance | $883,125.54 | Total additions | .00 |
| Average balance | $883,125.54 | Total subtractions | .00 |
| Avg collected balance | $883,125 | Ending balance | $883,125.54 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*

**To Reconcile Your Checking Account:**
1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

## IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT
You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Write us at One E Washington Street, Suite 100, Phoenix, AZ 85004, telephone us at (877) 273-2265 or E-mail us at inquiries@alliancebankofarizona.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED
**Revolving Lines of Credit-** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.
**The Annual Percentage Rate and Daily Periodic Rate may vary.**

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT
If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION-** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS-** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (877) 273-2265 to find out if the deposit has been made.

Member FDIC 



**Alliance Bank of Arizona. a division of Western Alliance Bank. Member FDIC.**

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

CADI US LLC
1819 E SOUTHERN AVE SUITE B10
MESA AZ 85204-5219

Last statement: July 31, 2021
This statement: August 31, 2021
Total days in statement period: 31

Page 1 of 2
XXXXXX1688
( 0)

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
3033 West Ray Road
Chandler AZ 85226

---

*THANK YOU FOR BANKING WITH US!*

---

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX1688 | Beginning balance | $883,125.54 |
| Low balance | $883,125.54 | Total additions | 46,307.95 |
| Average balance | $884,619.34 | Total subtractions | 46,307.95 |
| Avg collected balance | $884,619 | Ending balance | $883,125.54 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 08-17 | ' Wire Dr O/L Usd | 46,307.95 |
| | 122900173340-MM CADI WAB to Bell | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 08-16 | ' Wire Cr-Usd | 46,307.95 |
| | 122800170971-6011 REMITTANCE | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 883,125.54 | 08-16 | 929,433.49 | 08-17 | 883,125.54 |

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*

**To Reconcile Your Checking Account:**
1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

### IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT
You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Write us at One E Washington Street, Suite 100, Phoenix, AZ 85004, telephone us at (877) 273-2265 or E-mail us at inquiries@alliancebankofarizona.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED
**Revolving Lines of Credit-** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT
If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION-**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS-**If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (877) 273-2265 to find out if the deposit has been made.

Member FDIC 

Exhibit 2

# Exhibit 2

1

STATE OF ILLINOIS)
                 )  SS:
COUNTY OF COOK   )

   IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
          COUNTY DEPARTMENT - LAW DIVISION


JOSEPH WARE, as Independent    )
Administrator of the Estate    )
of EVOUGHN WARE,               )
                               )
         Plaintiff,            )  No. 17 L 6009
                               )
     vs.                       )
                               )
HOME OPPORTUNITY, LLC,         )
                               )
         Defendant.            )

         The citation to discovery assets of

PATRICK CARDON taken remotely in the

above-entitled cause, before Patricia A. Sokol,

a notary public within and for the County of

Cook and State of Illinois, and a Certified

Shorthand Reporter of said state, at 1819 East

Southern Avenue, Suite B10, Mesa, Arizona, on

the 17th day of March, 2021, at 1:00 p.m.

```
1    APPEARANCES:

2
          LEVIN, RIBACK & ADELMAN, P.C., by
3         MR. STEVEN LEVIN
          MR. RICHARD LEVIN
4         10 North Dearborn Street
          Floor 11
5         Chicago, IL 60602
          (312) 782-6717
6
                    and
7
          BEERMAN, LLP, by , by
8         MR. MATTHEW ELSTER
          161 North Clark Street
9         Suite 3000
          Chicago, IL 60601
10        (312) 621-9700

11            On behalf of the Plaintiff,

12
          MAURICE WUTSCHER LLP, by
13        MR. ERNEST WAGNER
          105 West Madison Street
14        18t Floor
          Chicago, IL 60602
15        (312) 416-6170

16            On behalf of the Defendant.

17

18

19

20

21

22
          REPORTED BY:  PATRICIA A. SOKOL, C.S.R.
23

24
```

1    Q.    Did you say to yourself, phew, I'm
2  sure glad we closed those companies?
3    A.    No, that wasn't one of my thoughts.
4    Q.    You didn't even put those two
5  together in your mind when you heard the jury's
6  verdict, not for a second?
7    A.    No.  I -- again, I was surprised.
8  You know, the guidance we got from our counsel,
9  I was surprised with the verdict.
10    Q.    When you borrowed money from Western
11  Alliance Bank, you provided them with a number
12  of account numbers that you had at Western
13  Alliance Bank to support your application for
14  $8 million.
15         Let me see how many accounts you have
16  here; 20 bank accounts as of July 17th -- as
17  of -- strike that.
18         As of June 2017, the largest had
19  $3,300,000 and $2,800,000, going down from
20  there 20 banks accounts.
21         I could read you these numbers, but
22  you would have no idea what any of the account
23  holders' names are; am I right?
24    A.    I don't know.