# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| HOME OPPORTUNITY, LLC; ) | Case No. 2:21-BK-04924-EPB |
| Debtor. ) | |

## ORDER AUTHORIZING RETENTION OF SPECIAL COUNSEL

This matter having come before the Court on the trustee's Application To Retain Special Counsel;

It appearing to the Court that Beermann, LLP ("Beermann") and Moyes Sellers & Hendricks ("MSH") is duly qualified and does not hold or represent an interest adverse to that of the estate; and,

It appearing that the employment of Beermann and MSH will assist the trustee and the estate in pursuing the prosecution of the estate's claims; therefore,

**IT IS HEREBY ORDERED** that the trustee shall be, and hereby is, authorized to employ Beermann and MSH as special counsel for the estate in connection with the investigation and prosecution of fraudulent conveyance and related claims which are property of the estate pursuant to 11 U.S.C. §330(a)(1) and Bankruptcy Rule 2016(a).

**IT IS FURTHER ORDERED** that no compensation shall be paid from property of the estate except upon further order of this Court.

**IT IS FURTHER ORDERED** that approval of employment of a professional person does not automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the Court. Any request for a professional fee must be made separately, notice must be given to creditors and other parties-in-interest, and the Court must have an opportunity to review any objections which any party may have. The Court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

**DATED AND SIGNED ABOVE.**