***TERRY A. DAKE, LTD.***
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

Terry A. Dake -009656
Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| HOME OPPORTUNITY, LLC; | Case No. 2:21-BK-04924-EPB |
| Debtor. | |

**APPLICATION TO RETAIN SPECIAL COUNSEL
ON A CONTINGENT FEE BASIS PURSUANT TO 11 U.S.C. §§ 327 and 328(a)**

The trustee applies hereby to retain Stamos & Trucco, LLP as special counsel for the bankruptcy estate pursuant to 11 U.S.C. §§ 327 and 328(a) and Local Rule 2014-1, saying as follows:

1. A petition for relief under Chapter 7 of the Bankruptcy Code was filed by the debtor.

2. Robert A. MacKenzie is the duly appointed trustee of the Chapter 7 estate.

3. The trustee needs legal representation in the prosecution of a professional negligence claim held by the estate.

4. Stamos & Trucco, LLP ("Stamos") is a firm of litigation attorneys with experience in the prosecution of professional negligence claims.

5. Stamos has agreed to associate to prosecute the claims on behalf of the estate on a contingent fee of 40% of the amount

recovered, before deductions for the reasonable litigation expenses advanced to secure the recovery, along with reimbursement from any recovery of reasonable litigation expenses advanced.

6. The trustee believes that Stamos is qualified to represent the estate and otherwise assist the trustee in pursuing these claims of the estate, and that the above-described retention terms are fair and reasonable.

**WHEREFORE**, the trustee prays for the entry of an order pursuant to 11 U.S.C. §§327 and 328(a) authorizing the trustee to retain Stamos as special counsel for the estate on a contingency fee basis of 40% of the amount recovered, before deductions for the reasonable litigation expenses advanced to secure the recovery, plus reimbursement from the recovery of reasonable litigation expenses advanced.

**DATED** September 13, 2021

**TERRY A. DAKE, LTD.**

By */s/TD009656*
Terry A. Dake
P.O. Box 26945
Phoenix, AZ 85068-6945
Attorney for Trustee