***TERRY A. DAKE, LTD.***
**P.O. Box 26945**
**Phoenix, Arizona  85068-6945**
**Telephone: (602) 710-1005**
**tdake@cox.net**

**Terry A. Dake - 009656**

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

In re:                                    )        In Chapter 7 Proceedings
                                          )
HOME OPPORTUNITY, LLC;                     )        Case No. 2:21-BK-04924-EPB
                                          )
                              Debtor.      )
_____)

### NOTICE OF LODGING ORDER

      Please take notice that the attached order has been lodged with the Court.

      DATED September 13, 2021.

                    ***TERRY A. DAKE, LTD.***

                    By /s/ TD009656
                      Terry A. Dake
                      P.O.  Box 26945
                      Phoenix, Arizona 85068-6945

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 |
| HOME OPPORTUNITY, LLC; | Case No. 2:21-BK-04924-EPB |
| Debtor. | |

**ORDER AUTHORIZING RETENTION OF SPECIAL COUNSELON A CONTINGENT FEE BASIS PURSUANT TO**
**11 U.S.C. §§327 and 328(a)**

This matter having come before the Court on the trustee's Application To Retain Special Counsel Pursuant to 11 U.S.C. §§327 and 328(a)and Local Rule 2014-1;

It appearing to the Court that Stamos & Trucco, LLP is duly qualified and does not hold or represent an interest adverse to that of the estate; and,

It appearing that the employment of Stamos & Trucco, LLP on a contingency fee basis of 40% of any recovery by way of settlement, verdict, or judgment, before deductions for reasonable litigation expenses advanced to secure the recovery, plus reimbursement of from the recovery of the reasonable litigation expenses advanced will assist the trustee and the estate in pursuing

the prosecution of the estate's claims for professional negligence; therefore,

      **IT IS HEREBY ORDERED**, pursuant to 11 U.S.C. §§327 and 328(a), that the trustee shall be, and hereby is, authorized to employ Stamos & Trucoo, LLP as special counsel for the estate in connection with the prosecution of a claim for professional negligence which is property of the estate on a contingency fee basis of 40% of the amount recovered by way of settlement, verdict, or judgment, before deductions for reasonable litigation expenses advanced to secure the recovery, plus reimbursement from the recovery of reasonable litigation expenses advanced.

      **IT IS FURTHER ORDERED** that if a recovery on the claim by way of settlement, verdict, or judgment is approved, a request for the contingency fee plus reimbursement of the reasonable litigation expenses advanced to secure the recovery must be made separately, notice must be given to creditors and other parties-in-interest, and the Court must have an opportunity to review any objections to the fee/expense request.

                     **DATED AND SIGNED ABOVE.**