Hilary L. Barnes, State Bar #19669
David B. Nelson, State Bar #34100
**ALLEN BARNES & JONES, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona  85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
       dnelson@allenbarneslaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| HOME OPPORTUNITY, LLC, | Case No. 2:21-bk-04924-EPB |
| Debtor. | **POSITION STATEMENT REGARDING APPLICATION TO CONFIRM ABSENCE OF AUTOMATIC STAY** |
| | [Related ECF Nos. 17. 41, 42, 50] |
| | Hearing Date:  September 14, 2021<br>Hearing Time:  10:00 a.m. |

Home Opportunity, LLC ("**Debtor**"), Debtor in the above-captioned Chapter 7 case ("**Case**"), by and through undersigned counsel, respectfully files this position statement in connection with the *Application to Confirm Absence of Automatic Stay with respect to Deposit Accounts Held Solely by Applicants at Western Alliance Bank Pursuant to 11 U.S.C. §§ 362, Bankruptcy Rule 4001, and Local Rule 4001-1 or, In the Alternative, Application to Compel Trustee to Abandon any Interest in Deposit Accounts Pursuant to 11 U.S.C. §§ 541, 554, and Bankruptcy Rule 6007* [ECF No. 17] (the "**Motion**") and the related filings [ECF Nos. 41, 42, 50] (with the Motion, collectively, the "**WR Account Filings**").  The WR Account Filings ask the Court to determine whether or not the stay imposed by 11 U.S.C. § 362(a) applies to certain deposit accounts (generally, the "**WR Accounts**") held by non-debtor entities Window Rock

1 | Investment Operations, LLC; DIBS US, Inc; CADI US, LLC; WRCOF Asset Trust
2 | 2017-1; and Credit Opportunity Holdings, LLC (collectively, the "**Applicants**").

3 |     To the extent the WR Account Filings implicate its pre-petition assets and the Debtor's characterizations regarding the same, the Debtor provides the following information, as supported by the declaration of Cordell Rogers, attached hereto as **Exhibit A**, to assist the Court in determining whether the automatic stay applies to the WR Accounts. The Debtor asserts no interest and has never asserted any interest (legal, equitable or otherwise) in the WR Accounts or the funds held therein. The Debtor has never accessed or exercised control over, nor does it believe it can access or exercise control over, the WR Accounts. The Debtor does not nor has it ever asserted it has control over the Applicants. The Debtor has not commingled any funds with the Applicants or WR Accounts.

    The Debtor indicated the Applicants as "Affiliates" to qualify for the lower interest rate as the Debtor was "under common Control with" the Applicants, a qualifying association under the relevant Loan Agreement. Specifically, the Debtor and Applicants are ultimately managed by Window Rock Manager, LLC. Common management is the only overlap between the Debtor and Applicants. The Debtor's sole member is Red Rock River, LLC ("**Red Rock**"). In turn, Red Rock's members are Red Rock Landing LLC, American Homes 4 Rent TRS, LLC, and WRRRF Consolidator, LLC. The Debtor did not transfer directly or indirectly any funds to the Applicants.

    The Debtor maintains it never had any pre-petition or post-petition interest or control in the WR Accounts or the funds contained therein. To the extent its estate may have avoidance or other claims against the Applicants, which the Debtor does not believe exist, the estate's interest encompasses solely such claims and not the funds held in the WR Accounts themselves.

26 | / / /

| | |
|---|---|
| 1 | DATED: September 13, 2021. |
| 2 | **ALLEN BARNES & JONES, PLC** |
| 3 | |
| 4 | /s/ DBN #34100<br>Hilary L. Barnes<br>David B. Nelson |
| 5 | 1850 N. Central Ave., Suite 1150<br>Phoenix, AZ 85004 |
| 6 | Attorneys for Debtor |

**COPY** mailed the same date via U.S. Mail to:

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

**COPY** e-mailed the same date to:

| | |
|---|---|
| John Dillman<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@lgbs.com<br>*Attorneys for Jefferson County* | John C. Kelly<br>Marvin C. Ruth<br>Katherine L. Hyde<br>COPPERSMITH BROCKELMAN PLC<br>2800 North Central Avenue, Suite 1900<br>Phoenix, Arizona 85004<br>jkelly@cblawyers.com<br>mruth@cblawyers.com<br>khyde@cblawyers.com<br>Attorneys for Applicants |
| Matthew Elster<br>BEERMANN LLP<br>161 N. Clark St.<br>Suite 3000<br>Chicago, IL 60601<br>mdelster@beermannlaw.com<br>*Attorneys for Creditor, Joseph Ware* | Terry A. Dake<br>P.O. Box 26945<br>Phoenix, AZ 85068-6945<br>tdake@cox.net<br>*Attorney for Trustee Robert Mackenzie* |

/s/ Misty Vasquez

{00322440}　　　　3

# Exhibit A

| | |
|---|---|
| Hilary L. Barnes, State Bar #19669 | |
| **ALLEN BARNES & JONES, PLC** | |
| 1850 N. Central Ave., Suite 1150 | |
| Phoenix, Arizona 85004 | |
| Ofc: (602) 256-6000 | |
| Fax: (602) 252-4712 | |
| Email: hbarnes@allenbarneslaw.com | |

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| HOME OPPORTUNITY, LLC, | Case No. 2:21-bk-04924-EPB |
| Debtor. | **DECLARATION OF CORDELL ROGERS IN SUPPORT OF POSITION STATEMENT REGARDING APPLICATION TO CONFIRM ABSENCE OF AUTOMATIC STAY** |

I, Cordell Rogers, am over 18 years of age and, if called to testify, could and would testify truthfully to the facts stated in this declaration in support of the *Position Statement Regarding Application to Confirm Absence of Automatic Stay* ("**Position Statement**"):

1. I am the duly authorized representative of Home Opportunity, LLC ("**Debtor**") in the above-captioned Chapter 7 case.

2. The Debtor asserts no interest and has never asserted any interest (legal, equitable or otherwise) in the WR Accounts, as defined in the Position Statement, or the funds held therein.

3. The Debtor has never accessed or exercised control over, nor does it believe it can access or exercise control over, the WR Accounts.

4. The Debtor does not nor has it ever asserted it has control over the Applicants, as defined in the Position Statement.

5. The Debtor has not commingled any funds with the Applicants or WR Accounts.

6. The Debtor indicated the Applicants as "Affiliates" to qualify for the lower interest rate as the Debtor was "under common Control with" the Applicants, a qualifying association under the relevant Loan Agreement. Specifically, the Debtor and Applicants are ultimately managed by Window Rock Manager, LLC.

7. Common management is the only overlap between the Debtor and Applicants.

8. The Debtor's sole member is Red Rock River, LLC ("**Red Rock**").

9. In turn, Red Rock's members are Red Rock Landing LLC, American Homes 4 Rent TRS, LLC, and WRRRF Consolidator, LLC.

10. I am not aware of any potential claims the Debtor or its estate could have against the Applicants or the funds contained in the WR Accounts.

I have read the foregoing, and know that the statements contained herein are true and correct to the best of my knowledge, with the exception of those matters made on information and belief and those matters I believe to be true.

DATED: September 13, 2021.

*/s/ Cordell Rogers*
Cordell Rogers

{00322438}　　　　　　　　　　2