***TERRY A. DAKE, LTD.***
P.O. Box 26945
Phoenix, Arizona  85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| Debtor. | ) | |

### REPORT OF SALE

The trustee files herewith a copy of the auctioneer's report regarding the auction of estate property conducted pursuant to the Notice Of Auction Sale at Admin Dkt. No. 34. The assets that were sold are identified in the attached report.  Asvin Bhanvadia bid for and will take title in the name of Gopal, LLC.  This sale report is filed in compliance with Bankruptcy Rule 6004.

DATED October 12, 2021.

***TERRY A. DAKE, LTD.***

By /s/ TD009656
    Terry A. Dake – 009656
    P.O. Box 26945
    Phoenix, Arizona 85068-6945
    Attorney for Trustee



# CUNNINGHAM & ASSOCIATES, INC.

Auctions     Liquidations     Appraisals

October 5, 2021

Robert A. Mackenzie, Trustee
2001 E. Campbell Ave, Ste. 200
Phoenix, AZ 85016
602-229-8575

Case Name: HOME OPPORTUNITY, LLC
Case No.: 2:21-BK-04924-EPB

Auction Date: September 16, 2021
Gross Proceeds of auction held at:
6520 N. 27th Ave.
Phoenix, AZ 85017

| | |
|---|---:|
| **Gross Proceeds:** | $112,500.00 |
| **Reasonable and Necessary Expenses:** | |
| Advertising | $277.25 |
| **Necessary Expenses:** | $277.25 |
| **Auctioneer's Commission 10%:** | $11,250.00 |
| **Total Due Cunningham & Associates, Inc.:** | **$11,527.25** |
| **Total Submitted to Robert A. Mackenzie, Trustee:** | $112,500.00 |

*[signature]*

George Cunningham
**Certified Auctioneer & Appraiser**

6520 N. 27th Avenue • Phoenix, Arizona 85017 • P.O. Box 67087 • Phoenix, Arizona 85082-7087
(888) 777-9888 • (602) 595-6714 • FAX (602) 595-6813
AuctionAZ.com

# Seller Settlement



Cunningham & Associates, Inc.
4753 E. Falcon Dr., Suite 1
Mesa, AZ 85215
Phone: (602) 595-6714

Invoice # HOME OPPORTUNITY BK-195093-1

## Seller Information

| | |
|---|---|
| Seller Name: | Home Opportunity, Mackenzie |
| Seller Number: | HOME OPPORTUNITY BK |
| Company: | Mackenzie/Home Opportunity 2:21-BK-04924-EPB |
| Location: | |
| Phone: | |

## Auction Information

| | |
|---|---|
| Auction: | Estate Interests for Multiple Properties - Bankruptcy Auction |
| Date: | 09/10/2021 16:00 |
| Location: | 6520 N 27th Avenue Phoenix, AZ 85017 |

| Lot Num | Description | BuyerFirst Name | BuyerLast Name | Bid | Lot SubTotal | Lot Net |
|---|---|---|---|---|---|---|
| 100 | Estate Interests of the debtor for Properties across the United States - Bankruptcy - BANKRUPTCY - NO BUYER'S PREMIUM! SUBJECT TO BANKRUPTCY TRUSTEE APPROVAL. This auction is for Estate Interests of the debtor for multiple parcels in Ohio, Arizona, Alabama, Arkansas, Illinois, Pennsylvania, Kansas, Texas, South Carolina, North Carolina, Michigan, and Colorado. The Trustee will provide a quitclaim deed to the successful bidder which transfers any and all right, title and interest of the debtor in the property. The property is sold as is, where is, subject to any and all liens, past due taxes, claims and adverse interests, if any. The buyer is responsible for recording the deed(s) and is also responsible for any transfer taxes or recording fees which are required to record the deed, if any. The Trustee has no title information for the property. Sale is "as is, where is". Bidders must conduct their own due diligence. The sale is NOT free and clear of liens, claims, taxes, or interests. Sale is subject to liens, claims, taxes, encumbrances and adverse interests, if any. 1- 55.20) Parcel ID No.: 063-197-36-0-30-07-002.00 ADDRESS : 205 W 2ND ST; COFFEYVILLE, KS 67337 THE LAND AND TENEMENTS SITUATED I N MONTGOMERY COUNTY, KANSAS AND DESCRIBED AS FOLLOWS, TO WIT: LOT 3, BLOCK 5, CITY PARK ADDITION TO THE CITY OF COFFEYVILLE, MONTGOMERY COUNTY, KANSAS. 063-197 -36 -0-30-07- 002. 0 0 -0 2- 55.21) Property Address: 1014 PRESCOTT RD, COLUMBIA, SC 29203 Parcel ID No.: RI 1711-12-38 HOME SOLUTIONS PARTNERS IV REO, LLC RECORDED IN BOOK 1778 PAGE 136 - ALL THAT CERTAIN PIECE, PARCEL OR LOT OF LAND WITH IMPROVEMENTS THEREON, SITUATE AND BEING IN THE CITY OF COLUMBIA, COUNTY OF RICHLAND, STATE OF' SOUTH CAROLINA, CONTAINING 0.19 ACRE, MORE OR LESS, BEING SHOWN AND DELINEATED AS LOT 11, BLOCK B, COLLEGE PLACE, AS SHOWN ON IA SURVEY PREPARED FOR DORIS F. SINGLEY BY COLLINGWOOD SURVEYING, INCORPORATED DATED DECEMBER 20, 1999, RECORDED IN THE OFFICE OF THE RMC FOR RICHLAND COUNTY. SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY. 3- 55.22) Parcel ID H333-10-9-139  - Address: 3665 Brumbaugh, Dayton, OH, 45416. Situated in the City of Trotwood, Montgomery County and state of Ohio  4- 55.23)  Parcel 671-20-025 - Address: 1358 Elwood Road, East Cleveland, Ohio, RRR-3378 - Sublot #69 in Euclid-Shaw Allotment of part of original Euclid Township Lot No. 3 5- 55.24) Parcel 052-01-04505 297 El Dorado Rd., Fairmont, NC 28340 Oakwood Mobile Home VIN HONC14428CK3128402AB which is affixed to the real property. This mobile home was sold as part of the property.  6- 55.25)  654 East Meyers Avenue, Hazel Park, MI 48030 Parcel 25-36-160-014 County of Oakland, state of Michigan - Lot 115, including all of the vacated alley adjacent thereto, of Fair Oaks Subdivision  7)  Parcel 5124-00-90-1107 - Address: 105 S and S. Drive, Easley SC 29640 Pickens County, South | Asvin | Bhanvadia | $112,500.00 | $112,500.00 | $112,500.00 |

| Lot Num | Description | BuyerFirst Name | BuyerLast Name | Bid | Lot SubTotal | Lot Net |
|---|---|---|---|---|---|---|
| | Carolina 8- 55.27) Parcel 20-29.0-106-005 - Address: 402 East Illinois St., New Berlin, IL 62670 Lot 17 and 18 of Lee's Addition to the town of New Berlin, situate in Sangamon County, Illinois 9- 55.28)   RR 1 Box 247G (400 Cain Mill Crossing) Patrick SC 29584 Parcel 299-000-000-125 Chesterfield County, State of South Carolina  10- 55.29) Parcel 14-19-252-007 - Address: 764 Pensacola Avenue, Pontiac MI, 48340 - Oakland County, State of Michigan Dixieland Subdivision  11- 55.30) Parcel 10F-14-0936 - Address: 10548 Count Drive, Saint Louis, MO 63136  - Lot 21 and the North 10 Feet of Lot 22 in Block 51 of Castle Point unit No. 3 12- 55.1) Parcel 29-06-1-024-025.000-RR- Address: 1750 27th Street Ensley, Birmingham AL 35218 - Jefferson County, Alabama 13- 55.2) Parcel 29-6-2-12-6.000-RR - Address: 2423 Avenue G, Birmingham AL 35218 - Jefferson County, Alabama 14- 55.3) Parcel 22-30-4-021-011.000-RR-00  Address: 300 6th Street Pratt, Birmingham, AL 35214  Jefferson County, Alabama  Lot 9, Block 15 15- 55.4) Parcel 23-15-3-31-6.000-RR - Address: 6611 Division Avenue, Birmingham, AL 35206  Jefferson County, Alabama  Lot 14 Block 2-C 16- 55.5) Parcel 305-05283-000 Address: 100 East Cherry Street, Blytheville Arkansas 72315 Mississippi County, Arkansas Lots 9 and 10, Block 1 17- 55.6) 1611 Basin Street, Blytheville, Arkansas 72315. Lot 6 Block 12 Elliott Addition to the city of Blytheville, Mississippi County, Arkansas  18- 55.7) Parcel 219-03-113 - Address: 505 Sea Spray, Bullhead City AZ 86442 Mohave County, Arizona 19- 55.8) Parcel 25-29-401-026 and 25-29-401-027 - Address: 12314 South Aberdeen Street, Calumet Park, IL 60827 - Cook County, Illinois Lots 39 and 40 in Block 3 in W.F. Kaiser and Company's Fairland Subdivision  Section 29, Township 37 North, Range 14E  20- 55.9) Parcel 20-16-318-065-0000 Address: 648 West 62nd Street, Chicago, IL 60621, Lot 37 in School Trustees Subdivision of Section 16, Township 38 North, Range 14 East, Cook County, Illinois  21- 55.10) Parcel 67-32969 / Alt ID 0301171 03018000  Address: 477 Edgewood Avenue, Akron OH, 44307 THE LAND REFERRED TO HEREIN BELOW IS .SITUATED IN THE COUNTY OF SUMMIT, STATE OF OHIO, AND IS DESCRIBED AS FOLLOWS: AND KNOWN AS BEING THE NORTH THIRTY ( 3 0) FEET FRONT AND' REAR OF LOT NUMBER NINETEEN (19) IN BLOCK 47 IN THE PERKINS SUBDIVISION, AN ALLOTMENT OF THE PART OF TRACT SEVEN (7), AS SURVEYED AND NUMBERED BY CHARLES E. PERKINS , SURVEYOR, AND RECORDED IN PLAT BOOK FIVE (5) PAGES 30 AND 31 SUMMIT COUNTY RECORDS OF PLATS, RESERVING FROM THE ABOVE-DESCRIBED PREMISES A STRIP OF LAND THREE AND ONE-HALF (3.5) FEET WIDE OFF THE SOUTH SIDE THEREOF TO BE USED IN COMMON WITH A STRIP OF LAND THREE AND ONE-HALF (3.5) FEET WIDE OFF THE NORTH SIDE OF PREMISES IMMEDIATELY ADJOINING THE ABOVE DESCRIBED PREMISES, SAID SEVEN (7) FOOT STRIP OF LAND ~E USED FOR DRIVEWAY PURPOSES ONLY, THE SAME MORE OR LESS. PARCEL ID: THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF GREENE, STATE OF OHIO, AND IS DESCRIBED AS FOLLOWS: SITUATE IN THE CITY OF FAIRBORN, COUNTY OF GREENE, AND STATE OF OHIO, AND BEING LOT NUMBERED 1554, WRIGHT VIEW HEIGHTS, SECTION 4 , RECORDED IN PLAT BOOK 2, PAGE l3B-139, PLAT CABINET 31 PAGE 285B-286A, OF THE PLAT RECORDS OF GREENE COUNTY, OHIO . PARCEL ID: 67-32969; ALT ID 0301171 03018000 22- 55.11) Parcel 0217717 Address: 1220 Hoover Place NW, Canton, OH 44703 THE LOT AND PIECE OF LAND, SITUATED IN THE CITY OF CANTON, COUNTY OF STARK, STATE OF OHIO, DESCRIBED AS FOLLOWS: AND KNOWN AS AND BEING LOT NUMBER NINE THOUSAND FOUR HUNDRED EIGHTY-SEVEN (9487), EXCEPT 65 FEET OF THE ENTIRE NORTH END OF SAID LOT, TOGETHER WITH A RIGHT OF WAY OVER THE EAST SIDE OF THE TRACT HEREBY CONVEYED, TO HOOVER AVENUE NW, SAID RIGHT OF WAY BEING OVER THE SIDEWALK AND DRIVEWAY AS THE SAME WAS LOCATED ON JULY 1, 1919 I\S CONTAINED IN THE DEED OF SAID DATE FROM ELDEN L. HAYMAKER AND WIFE NELIE L. CARPENTER, RECORDED IN VOLUME 673, PAGE 227 OF THE STARK COUNTY RECORDS, BE THE SAME MORE OR LESS, BUT SUBJECT TO ALL LEGAL HIGHWAYS. SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, | | | | | |

| Lot Num | Description | BuyerFirst Name | BuyerLast Name | Bid | Lot SubTotal | Lot Net |
|---|---|---|---|---|---|---|
|  | COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY. PRIOR INSTRUMENT REFERENCE: DOCUMENT NO. 200902020003688 PARCEL ID NO: 0217717 PROPERTY ADDRESS: 1220 NORTH WEST HOOVER PLACE, CANTON, OH 44703 23- 55.12) Parcel 02-22472  Address: 821 Correll Avenue NE, Canton OH, 44704 SITUATED IN THE STATE OF OHI O, COUNTY OF ST.Z\P.K AND CITY CANTON : AND KNOWN AS BEING LOT 4 ,517 IN SAID CITY OF CANTON, COUNTY OF STARK and STATE OF OHIO. 24- 55.13)  Parcel 118-26-055  Address: 2224 East 78th Street, Cleveland OH 44103   SITUATED IN THE CITY OF CLEVELAND, COUNTY OF CUYAHOGA AND STATE OF OHIO 25- 55.14) Parcel 142-13-029  Address: 4449 E. 154th Street, Cleveland OH 44128 City of Cleveland, County of Cuyahoga, Ohio 26- 55.15) 111-02-083 Address: 509 E. 114th Street, Cleveland, OH 44108 SITUATED IN THE CITY OF CLEVELAND, COUNTY OF CUYAHOGA AND STATE OF OHIO: AND KNOWN AS BEING SUBLOT NO. 83 IN L.M. SOUTHER'S VICTORIA PARK ALLOTMENT OF PART OF ORIGINAL ONE HUNDRED ACRE LOT NO. 363 AS SHOWN BY THE RECORDED PLAT IN VOLUME 23 OF MAPS, PAGE 4 OF CUYAHOGA COUNTY RECORDS, BE THE SAME MORE OR LESS. SUBJECT TO COVENANTS, EASEMENTS AND RESTRICTIONS, IF ANY, APPEARING IN THE PUBLIC RECORDS. 27- 55.16)  Parcel 132-16-032  Address: 5606 Orey, Cleveland OH 44105 County of Cuyahoga, state of Ohio 28-55.17) Parcel 194-19-106  Address: 6407 Whittier, Cleveland OH 44102 County of Cuyahoga, state of Ohio 29- 55.18)  Address: 548 West Front St, Berwick, PA 18603 Columbia County, PA 30- 55.19) Parcel 01300-000-0052  Address: 405 E. Threadneedle, Beaumont, TX 77705  Jefferson County, TX |  |  |  |  |  |
| 1 |  |  |  | $112,500.00 | $112,500.00 | $112,500.00 |

## Payments

| Date | Payment type | Payment Info | Amount |
|---|---|---|---|
| 10/05/2021 06:50AM | CHECK | Check #: 6640<br>Payable To: ROBERT A. MACKENZIE, TRUSTEE | $112,500.00 |
| Total Payments: 1 |  | Total: | $112,500.00 |

| Auction Summary | |
|---|---|
| Auction Gross | $112,500.00 |
| Commissions | ($0.00) |
| Expenses | ($0.00) |
| Credits | $0.00 |
| Auction Net | $112,500.00 |
| Total Paid | $112,500.00 |
| Balance Due | $0.00 |