**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| Debtor. | ) | |

**ORDER CONFIRMING SALE**

The trustee having conducted an auction sale of certain property of the estate at a duly noticed sale (Admin. Dkt. No. 34); and

The high bidder having made payment of the purchase price and the trustee having filed a report of sale at Admin. Dkt. No. 76; and

Good cause appearing.

**IT IS ORDERED** that the trustee's auction sale of all right, title and interest of the bankruptcy estate and the debtor in and to the real property described in the sale notice at Admin. Dkt. No. 34 (excluding Item 55.31 as set forth in the sale notice) to Gopal, LLC for $112,500.00 is approved and confirmed, subject to taxes and assessments, reservations, and all easements, rights of way, covenants, conditions, restrictions, liens and encumbrances of record. The property is sold "as is".

**DATED AND SIGNED ABOVE.**