```
TERRY A. DAKE, LTD.
P.O. Box 26945
Phoenix, Arizona  85068-6945
Telephone: (602) 710-1005
tdake@cox.net
```

**Terry A. Dake - 009656**

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION TO APPROVE COMPROMISE**

The trustee moves this Court for the entry of an order approving a compromise with Catherine Bowrey ("Bowrey"). The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED January 27, 2022.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake
   P.O. Box 26945
   Phoenix, Arizona  85068-6945
   Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

Prior to the bankruptcy filing, Transportation Alliance Bank (the "Bank") recorded a deed transferring title to property commonly known as 18339 Lepore Rd., Marydel, MD (the "Property") to the debtor, Home Opportunity, LLC. However, prior to that, the Bank had deeded this same property to Bowrey.

Bowrey contends that she is the rightful owner of the Property and that the deed to the debtor creates an improper cloud on her title to the Property. Thus, Bowrey has requested that the trustee execute and deliver to Bowrey the deed attached as Exhibit 1 conveying all right, title and interest of the debtor in the Property to Bowrey.

In order to resolve whatever interest the estate may have in the Property, the trustee has agreed to execute and deliver this deed to Bowrey in exchange for a payment of $2,000.00 to the bankruptcy estate, subject to approval by this Court.

In light of the amounts at issue, and the costs and uncertainties of additional litigation, the trustee believes that the proposed compromise is reasonable and in the best interest of the estate. The proposed compromise avoids the delay, expense and uncertainty of additional litigation and provides a return to the estate.

The agreed upon amount of $2,000.00 shall be paid to the trustee not later than fourteen (14) days after the entry of an order approving this compromise. Upon payment in full, the trustee shall execute and deliver the attached deed to Bowrey and any and all claims of the bankruptcy estate to the Property shall be fully resolved and satisfied and the Property shall be deemed abandoned and shall no longer be property of this bankruptcy estate.

**WHEREFORE**, the trustee prays for the entry of an order approving a compromise as set forth herein.

2

```
 1 |   DATED January 27, 2022.
 2 |                          TERRY A. DAKE, LTD.
 3 |                          By /s/ TD009656
   |                            Terry A. Dake
 4 |                            20 E. Thomas Rd.
   |                            P.O. Box 26945
 5 |                            Phoenix, Arizona 85068-6945
 6 | APPROVED AND AGREED:
 7 | [signature] 029691
 8 | David M. LaSpaluto, Esq.
   | Fidelity National Law Group
 9 | 2355 E. Camelback Rd., Ste. 615
   | Phoenix, AZ 85016
10 | Ph: 602-889-8159
   | Fax:602-889-8155
11 | David.LaSpaluto@fnf.com
   | Attorneys for Catherine Bowrey
```

3

***EXHIBIT 1***

Newlyn Title Assurance Co., Inc.
1104 Butterworth Court
Stevensville, MD 21666
File No. **11226DN**
Tax ID # **01-002872**

Exempt from Transfer Tax Maryland Annotated Code Tax Property 12-108 (e)Supplemental Deed

# This Confirmatory and Quit Claim Deed, made this

_____ day of **January, 2022**, by and between , **Robert A. Mackenzie, Chapter 7 Trustee, in United States Bankruptcy Court for the District of Arizona, in the Matter of HOME OPPORTUNITY, LLC, Case no. 2:21-bk-04924-EPB**, party of the first part, GRANTOR, and **Catherine Bowrey,** party of the second part, GRANTEE.

Whereas Catherine Bowery acquired the within described property for valuable consideration of $46,000.00 by Deed dated April 25 2013 from Transportation Alliance Bank, Inc. recorded among the Land Records for Caroline County MD in Liber 1062 Folio 224, and

Whereas by erroneous and subsequent Deed dated April 30, 2013 by and between Transportation Alliance Bank and Home Opportunity, LLC and recorded among the Land Records for Caroline County MD in Liber 1056 Folio 446 the within described property was conveyed to Home Opportunity LLC, for the sum of $1.00, and

Whereas this Deed is being given to confirm that Catherine Bowrey was the intended and true purchaser of the within property and to convey any interest that may have been acquired by Home Opportunity LLC in the aforementioned erroneous Deed.

## - Witnesseth -

**That in consideration** of the aforegoing and the sum of **NO AND 00/100 DOLLARS ($.00)**, and other good and valuable considerations which are hereby acknowledged, the said Grantor does grant and convey and quit claim to the said **Catherine Bowrey, as sole owner, her personal representatives, heirs and assigns,** all of the Grantors interest into that lot of ground situate in Caroline County , Maryland, and described as follows, that is to say:

- Name
- Tenancy
- Property

BEGINNING for the same at a concrete monument on the East side of the old county road leading from Henderson to Templeville now known as Lepore Road, at the Northwest corner of the Lands of James F. Walker, et ux (MCB 178/19), and thence with the East side of said road (1) North 17 degrees 32 minutes 00 seconds East, 233.80 feet to a concrete monument found; thence, leaving said road with a division line between this land and the Lands of Thomas J. Molloy (MCB 181/169); (2) South 70 degrees 06 minutes 10 seconds East, 470.60 Feet to a point at the end of the Third line of Parcel No. 2 (MCB 188/490); thence (3) North 05 degrees 18 minutes 18 seconds

East, 159.79 feet to a point now owned by Marvin J. Lowman; thence (4) South 82 degrees 06 minutes 00 seconds East, 133.18 feet to a point at the northwest side of the Lands of Marvin J. Lowman, et ux, (MCB 180/573), and from said point and with said Lowman lands, (5) South 05 degrees 18 minutes 18 seconds West, 108.91 feet to an iron pipe found on other Lands of Lowman (MCB 168/513); thence, continuing with said other Lowman Lands, and Lands of Grace J. Seward (DRH 137/271); (6) South 32 degrees 19 minutes 18 seconds West, 268.08 feet to a point at the aforesaid Lands of James F. Walker (MCB 178/19) and John Virgil Leslie (MCB 184/461); thence, with said Walker lands (7) North 75 degrees 26 minutes 50 seconds West, 523.03 feet to the point of beginning, containing a computed area of 3.112 acres of land according to a field survey made by Frank J. Colt and Associates, May, 1975.

Being or intending to be the same property as described in a Deed dated April 30 2013 in Liber 1056 folio 446 and the same property in a Deed dated April 25, 2013 and recorded in Liber 1062 folio 224.

PROPERTY ADDRESS: 18339 Lepore Road, Marydel, MD 21649

**Together** with the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

**To Have and To Hold** the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said Catherine Bowrey, as sole owner, her personal representatives, heirs and assigns, in fee simple.

**In Witness Whereof**, Grantor has caused this Deed to be properly executed and sealed the day and year first above written.

By: _____
Robert A. Mackenzie, Chapter 7 Trustee, in United States Bankruptcy Court for the District of Arizona, in the Matter of
HOME OPPORTUNITY, LLC,
Case no. 2:21-bk-04924-EPB

STATE OF MARYLAND, QUEEN ANNE'S, to wit:

    I hereby certify that on this _____ day of **January, 2022** before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared **Robert A. MacKenzie,** who acknowledged himself/herself to be the **Chapter 7 Trustee, in United States Bankruptcy Court for the District of Arizona, in the Matter of HOME OPPORTUNITY, LLC, Case no. 2:21-bk-04924-EPB** of the Grantor corporation, and that as such officer, being authorized to do so, executed the aforegoing Deed for the purposes therein contained, by signing the name of the Corporation, by himself/herself as such officer and further, did certify that this conveyance is not part of a transaction in which there is a sale, lease, exchange or other transfer or all, or substantially all, of the property and assets of the Corporation, giving oath under penalties of perjury that the consideration recited herein is correct.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My commission expires: _____

AFTER RECORDING, PLEASE RETURN TO:
**Newlyn Title Assurance Co., Inc.**
**1104 Butterworth Court**
**Stevensville, MD 21666**

This document was prepared under the supervision of the undersigned, an attorney admitted to practice before the Court of Appeals of Maryland.

_____
Edwin E. Tillman, Jr.