**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re: | Chapter: 7 |
| HOME OPPORTUNITY, LLC, | |
| Debtor. | Case No. 2:21-bk-04924-EPB |
| | **AS AMENDED BY THE COURT** |

**ORDER GRANTING RULE 2004 EXAMINATION OF American Homes 4 Rent TRS, LLC**

An application for Rule 2004 Examination of Rule 30(B)(6) Entity Witnesses and Production of Documents to American Homes 4 Rent TRS, LLC having been filed with the Court by counsel for the Trustee, and good cause appearing therefrom, **IT IS HEREBY ORDERED THAT**:

1. The Trustee's Application is GRANTED.

2. American Homes 4 Rent TRS, LLC is directed to designate a Rule 30(b)(6) representative to appear on a date and time agreeable to the parties or, if upon notice, after not less than 21 days' notice **from the date of service of this Order** at Moyes Sellers & Hendricks, 1850 North Central Avenue, Suite 1100, Phoenix, Arizona 85004, for an oral examination of the topics identified on **Exhibit B** to the Application, which testimony will be recorded by stenographic means and will be taken before an officer authorized by the laws of the United States to administer oaths and to take testimony.

3. American Homes 4 Rent TRS, LLC is directed to produce for inspection and copying the documents, including electronically stored information, within American Homes 4 Rent TRS, LLC's possession, custody or

control listed in **Exhibit A** to the Application by delivering originals or copies of the documents to the undersigned counsel via either email in a searchable .pdf format directed to khendricks@law-msh.com and mdelster@beermannlaw.com, or by hand or mail delivery to the attention of Keith L. Hendricks, Esq. Moyes Sellers & Hendricks, 1850 North Central Avenue, Suite 1100, Phoenix, Arizona 85004, on a date and time agreeable to the parties or, if upon notice, after not less than 21 days' notice **from the date of service of this Order.**

**DATED AND SIGNED ABOVE.**