*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**REPORT OF SETTLEMENT PAYMENT**

      The trustee reports that he has received payment of the $2,000.00 settlement pursuant to the order at Admin. Dkt. No. 151.

      DATED March 10, 2022.

                            *TERRY A. DAKE, LTD.*

                            By /s/ TD009656
                                  Terry A. Dake – 009656
                                  P.O. Box 26945
                                  Phoenix, Arizona 85068-6945
                                  Attorney for Trustee