# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER**

This matter having come before the Court on the trustee's Objection To Claim No. 3 And Notice Of Bar Date (Admin. Dkt. No. 159); and

It appearing that notice of the trustee's objection was duly given to the creditor affected thereby as appears from the certificate of mailing appearing therein; and

The Court having reviewed the objection and finding that the relief requested is appropriate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that Claim No. 3 shall receive no distribution from the funds held by the trustee unless and until the claimant liquidates the collateral and files an unsecured deficiency claim. The lien of the claimant shall remain attached to the collateral and the lien shall not be prejudiced by this order. In the event that the trustee sells the collateral free of the lien, then the lien shall be paid from the sale proceeds. If the trustee sells the estate's

interest in collateral subject to the lien, then the trustee shall have no obligation to pay the lien from the sale proceeds.

**DATED AND SIGNED ABOVE.**