**SO ORDERED.**

**Dated: May 19, 2022**

**Eddward P. Ballinger Jr., Chief Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| HOME OPPORTUNITY, LLC; | Case No. 2:21-BK-04924-EPB |
| Debtor. | |

**ORDER**

This matter having come before the Court on the trustee's Objection To Claim Nos. 7-16 And Notice Of Bar Date (Admin. Dkt. No. 161); and

It appearing that notice of the trustee's objection was duly given to the creditor affected thereby as appears from the certificate of mailing appearing therein; and

The Court having reviewed the objection and finding that the relief requested is appropriate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that Claims Nos. 7, 8, 9, 10, 11, 12, 13, 14, 15 and 16 shall receive no distribution from the funds held by the trustee unless and until the claimant liquidates the collateral and files an unsecured deficiency claim. The liens of the claimants shall remain attached to the collateral and the liens shall not be prejudiced by this order.

**DATED AND SIGNED ABOVE.**