```
TERRY A. DAKE, LTD.
P.O. Box 26945
Phoenix, Arizona  85068-6945
Telephone: (602) 710-1005
tdake@cox.net
```

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF AUCTION SALE**

     **PLEASE TAKE NOTICE** that an auction sale will be held on June 24, 2022 beginning at 8:30 a.m.  The sale will be held via telephone bidding only.

     **DESCRIPTION OF PROPERTY TO BE SOLD**:

     1.  All right, title and interest of the debtor and the bankruptcy estate, if any, in and to the following real property:

     915 E 50th Pl. N, Tulsa, OK
See attached for further information on this property.

     **THE BANKRUPTCY ESTATE'S INTEREST IN THIS PROPERTY IS SOLD AS IS, WHERE IS, SUBJECT TO ANY AND ALL LIENS, CLAIMS, ENCUMBRANCES AND ADVERSE INTERESTS, IF ANY INCLUDING, BUT NOT LIMITED TO, REAL PROPERTY TAXES AND ASSESSMENTS.  THE TRUSTEE WILL PROVIDE A QUITCLAIM DEED ONLY. THIS SALE IS <u>NOT</u> A "FREE AND CLEAR" SALE. BIDDERS MUST CONDUCT THEIR OWN DUE DILIGENCE.**

     **OPENING BID:**

     $1,000.00

     **THE FINAL BID PRICE IS SUBJECT TO APPROVAL BY THE TRUSTEE. THE TRUSTEE WILL NOTIFY THE HIGH BIDDER AFTER THE SALE WHETHER THE SALE WILL BE COMPLETED FOR THE FINAL BID PRICE.**

**TERMS AND CONDITIONS OF SALE**:

All property must be paid for by cashier's check within five business days after the conclusion of the sale before the buyer can take possession of the property. All property is sold "as is, where is" with no warranties of any kind including but not limited to title, fitness or merchantability. If the high bidder does not timely pay the bid price, the trustee may then close the sale to the next highest bidder, or may take other steps to dispose of the property, and may pursue a claim for damages against any bidder who fails to timely pay.

The trustee will provide a quitclaim deed to the successful and approved bidder. The buyer will be responsible for recording the deed and preparing any other documents required by the buyer or the recording authorities.

**VIEWING OF THE ASSETS**

Contact trustee's counsel, Terry Dake, who can be reached at 602-710-1005 or tdake@cox.net.

**BIDDING BY TELEPHONE**

Bidders may participate by telephone by connecting to a conference on the day of the sale. The conference call may be accessed by calling: (310) 372-7549, wait for prompt, enter access code 831482 and then press #.

**OBJECTIONS TO THE SALE**

Any person opposing the sale shall file a written objection on or before twenty-one (21) days after the date of this notice with the Clerk of the United States Bankruptcy Court, 230 N. First Ave., Ste. 101, Phoenix, AZ 85003-1706.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the Court as of the date of the scheduled sale, bids will still be taken and the normal sales procedure followed. The closing of the sale will then remain dependent upon the outcome of the Court hearing regarding the objection.

The trustee provides the following additional information pursuant to Local Rule 6004-1:

1. The trustee is not aware of adverse liens, claims or interests for this property except that the trustee is informed and believes that the property is subject to liens for unpaid taxes and assessments.

2. The sale is <u>not</u> free and clear of liens, claims or interests. The sale is subject to all and all liens, claims, encumbrances and adverse interests.

1 | 3. The purchase price is to be paid in full after the close of bidding.
2 | 
3 | 4. The property may be viewed by visiting the property.
4 | 5. The sale is subject to higher and better offers at the time of the sale.
5 | 6. No compensation will be paid from the sale.
6 | 7. The trustee does not have an appraisal of the property.
7 | 8. There is no pending stay relief motion with regard to the property.

DATED May 25, 2022.

                              ***TERRY A. DAKE, LTD.***

                              By  /s/ TD009656
                                Terry A. Dake
                                P.O. Box 26945
                                Phoenix, Arizona  85068-6945
                                Attorney for Trustee



# Assessor
## JOHN A. WRIGHT

# Property Search

## Disclaimer

The Tulsa County Assessor's Office has made every effort to insure the accuracy of the data contained on this web site; however, this material may be slightly dated which could have an impact on its accuracy.

The information must be accepted and used by the recipient with the understanding that the data was developed and collected only for the purpose of establishing fair cash (market) value for ad valorem taxation. Although changes may be made periodically to the tax laws, administrative rules and similar directives, these changes may not always be incorporated in the material on this web site.

The Tulsa County Assessor's Office assumes no liability for any damages incurred, whether directly or indirectly, incidental, punitive or consequential, as a result of any errors, omissions or discrepancies in any information published on this web site or by any use of this web site.

## Quick Facts

| | |
|---:|---|
| Account # | R90212021227400 |
| Parcel # | 90212-02-12-27400 |
| Situs address | 915 E 50 PL N TULSA 74126 |
| Owner name | HOME OPPORTUNITY LLC |
| Fair cash (market) value | $6,500 |
| Last year's taxes | $965 |
| Legal description | Subdivision: UNPLATTED |
| | Legal: TR 18 W140 E1880 N306.5 N/2 N/2 SE SEC 12 20 12 .980AC |
| | Section: 12  Township: 20  Range: 12 |

## General Information

| | |
|---:|---|
| Situs address | 915 E 50 PL N TULSA 74126 |
| Owner name | HOME OPPORTUNITY LLC |
| Owner mailing address | C/O S N SERVICING CORP<br>323 5TH ST<br>EUREKA, CA 955010305 |
| Land area | 0.98 acres / 42,689 sq ft |
| Tax rate | T-1A [TULSA] |
| Legal description | Subdivision: UNPLATTED |
| | Legal: TR 18 W140 E1880 N306.5 N/2 N/2 SE SEC 12 20 12 .980AC |
| | Section: 12  Township: 20  Range: 12 |
| Zoning | RES SINGLE-FAMILY HIGH DENSITY DISTRICT [RS3] |

## Values

| | 2020 | 2021 | 2022 |
|---:|---:|---:|---:|
| Land value | $6,500 | $6,500 | $6,500 |
| Improvements value | $59,900 | $59,900 | $0 |
| Fair cash (market) value | $66,400 | $66,400 | $6,500 |

## Exemptions claimed

| | 2020 | 2021 | 2022 |
|---|---|---|---|
| Homestead | — | — | — |
| Additional homestead | — | — | — |
| Senior Valuation Limitation | — | — | — |
| Veteran | — | — | — |

## Tax Information

| | 2020 | 2021 | 2022 |
|---:|---:|---:|---:|
| Fair cash (market) value | $66,400 | $66,400 | $6,500 |
| Total taxable value (capped) | $66,400 | $66,400 | $6,500 |
| Assessment ratio | 11% | 11% | 11% |
| Gross assessed value | $7,304 | $7,304 | $715 |
| Exemptions | $0 | $0 | $0 |
| Net assessed value | $7,304 | $7,304 | $715 |
| Tax rate | | T-1A [TULSA] | |
| Tax rate mills | 130.27 | 132.07 | 132.07 |
| Estimated taxes | $951 | $965 | $94 |
| Most recent NOV | | February 10, 2009 | |

## Tax detail (2022 millages)

| | % | Mills | Dollars |
|---:|---:|---:|---:|
| City-County Health | 2.0 | 2.58 | $1.84 |
| City-County Library | 4.0 | 5.32 | $3.80 |
| Tulsa Technology Center | 10.1 | 13.33 | $9.53 |
| Emergency Medical Service | 0.0 | 0.00 | $0.00 |
| Tulsa Community College | 5.5 | 7.21 | $5.16 |
| School Locally Voted | 20.2 | 26.63 | $19.04 |
| City Sinking | 15.5 | 20.44 | $14.61 |
| School County Wide Bldg | 3.9 | 5.15 | $3.68 |
| School County Wide ADA | 3.0 | 4.00 | $2.86 |
| School County Wide General | 27.3 | 36.05 | $25.78 |
| County Government | 8.6 | 11.36 | $8.12 |

(Continued on next page)

## Improvements

| Bldg ID# | Property type | Condition | Quality | Year built | Livable† | Stories | Foundation | Exterior | Roof | Baths | HVAC |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Sales/Documents

| Date | Grantor | Grantee | Price | Doc type | Book-Page/Doc# |
|---|---|---|---|---|---|
| Aug 5, 2019 | TULSA COUNTY SHERIFF | HOME OPPORTUNITY LLC | $— | Sheriff's Deed | 2019075909 |
| Mar 29, 2013 | TRANSPORTATION ALLIANCE BANK INC | SCOTT, BEVERLY & HOME OPPORTUNITY LLC | $— | Quit Claim Deed | 2013032750 |
| Apr 16, 2012 | HOME SOLUTIONS PARTNERS I REO LLC | TRANSPORTATION ALLIANCE BANK INC | $— | Quit Claim Deed | 2012051109 |
| Mar 19, 2011 | SCOTT, LADON AND BEVERLY A, C/O TRANSPORTATION ALLIANCE BANK INC | SCOTT, BEVERLY & HOME SOLUTIONS PARTNERS, I REO LLC | $— | Deed In Lieu Of Foreclosure | 2012051108 |

## Images



Photo/sketch
(Click to enlarge)

† Square footage and acreage values included in this record are approximations. They may not reflect what a licensed surveyor would determine by performing a formal survey. They are for tax purposes only and are not intended for use in making conveyances or for preparing legal descriptions of properties.



Leaflet | Tiles © Esri — Source: Esri, DeLorme, NAVTEQ, USGS, Intermap, iPC, NRCAN, METI, TomTom, 2012

Click to view this area on the **Google Maps web page** in a new window

John A. Wright — Tulsa County Assessor
Tulsa County Headquarters, 5th floor  |  218 W. Sixth St.  |  Tulsa, OK, 74119
Phone: (918) 596-5100  |  Fax: (918) 596-4799  |  Email: assessor@tulsacounty.org
Office hours: 8:00–5:00 Monday–Friday (excluding holidays)