***TERRY A. DAKE, LTD.***
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF HEARING ON TRUSTEE'S MOTION**

     **PLEASE TAKE NOTICE** that a hearing will be held in this case as set forth in the attached order. Your rights may be affected.

     You should read these papers carefully, and discuss them with your attorney if you have one.  If you do not have an attorney, you may wish to consult one.

     If you do not want the Court to grant the trustee's motion, or if you want the court to consider your views on the trustee's motion, then on or before **July 18, 2022,** you or your attorney must file with the Court a written response setting forth your concerns and you or your attorney must attend the hearing.  Your response must be filed with the Court at:

          **Clerk Of The Court**
          **United States Bankruptcy Court**
          **230 N. First Ave.**
          **Ste. 101**
          **Phoenix, Arizona 85003-1706**

     If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail or e-mail[1] a copy of your response to the attorney for the trustee at:

> Terry A. Dake, Esq.
> ***TERRY A. DAKE, LTD.***
> P.O. Box 26945
> Phoenix, Arizona 85068-6945
> tdake@cox.net

If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's motion and may enter an order that grants the trustee's motion without further notice.

DATED July 7, 2022

> ***TERRY A. DAKE, LTD.***
>
> By /s/ TD009656
>   Terry A. Dake
>   P.O. Box 26945
>   Phoenix, Arizona  85068-6945
>   Attorney for Trustee

---

[1] E-mailed papers must be in pdf format.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HOME OPPORTUNITY, LLC;<br><br>Debtor. | In Chapter 7 Proceedings<br><br>Case No. 2:21-BK-04924-EPB |

**ORDER FOR EXPEDITED HEARING**

This matter having come before the Court on the trustee's Motion For Expedited Hearing; and

Good cause appearing.

**IT IS ORDERED** that the Court shall conduct an expedited hearing on the trustee's Motion to Approve Compromise (Admin. Dkt. No. 191) on the 19th day of July, 2022, at 10:00 o'clock a.m., before the Honorable Eddward P. Ballinger.

**THIS HEARING BEFORE JUDGE BALLINGER WILL BE CONDUCTED TELEPHONICALLY. To make your appearance call 877-810-9415, access code 1064631, several minutes before the hearing.**

Any responses to the motion shall be filed and served not later than 1 business day prior to the hearing.

The details of the Motion To Approve Compromise as provided by the trustee are as follows:

At the time of the bankruptcy filing, the debtor was a member of class action cases pending in Michigan regarding excess proceeds from

foreclosures conducted for unpaid real property taxes. A settlement of two of those actions has been negotiated. A proposed settlement agreement is attached to the motion on file with the Court. A copy can be obtained by contacting counsel for the Chapter 7 trustee.

Under the settlement of the class action, a settlement fund of $38,000,000.00 will be paid for by the defendants to pay claims submitted against the fund. A deadline to file claims will be established in the class action and claims allowed in the class action will be paid from the fund. Since this is a settlement of a class action, the settlement must also be approved by the courts where the cases are pending. If the settlement is approved by all courts, then the trustee will submit claims on behalf of Home Opportunity, LLC to obtain funds for the bankruptcy estate.

The trustee believes that the proposed compromise is reasonable and in the best interest of the estate. The proposed compromise avoids the delay, expense and uncertainty of additional litigation and will provide a return to the estate. The exact amount to be recovered by the Home Opportunity estate will not, however, be determined until claims against the fund have been submitted and allowed. The trustee requests that the Court authorize the trustee to execute and deliver the settlement agreement that is attached to the motion.

**DATED AND SIGNED ABOVE.**

2