| In re: | Case No. 21-04924-EPB |
|---|---|
| HOME OPPORTUNITY, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0970-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2022 | Form ID: pdf001 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HOME OPPORTUNITY, LLC, 1819 E. SOUTHERN AVENUE, #B10, MESA, AZ 85204-5219 |
| intp | + | CADI US, LLC, c/o Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| intp | + | Credit Opportunity Holdings, LLC, c/or Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| intp | + | DIBS US, Inc., c/o Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| cr | + | Joseph Ware, Beermann LLP, 161 North Clark Street #3000, Chicago, IL 60601, UNITED STATES 60601-3346 |
| intp | + | WRCOF Asset Trust 2017-1, c/o Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| intp | + | Window Rock Investment Operations, LLC, c/o Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| intp | + | Window Rock Manager, LLC, BUCHALTER, A Professional Corporation, 15279 NORTH SCOTTSDAEL ROAD, Suite 440, Scottsdale, AZ 85254-2292 |
| 16475280 | + | Chesterfield County Treasurer, 200 W. Main St., #1, Chesterfield SC 29709-1527 |
| 16475284 | + | Columbia County Assessment Office, 11 W. Main Street, Bloomsburg PA 17815-1702 |
| 16475286 | + | Cook County Assessor, 118 N. Clark St., Suite 320, Chicago IL 60602-1531 |
| 16475287 | + | Cuyahoga County Auditor, 2079 E. 9th Street, Cleveland OH 44115-1302 |
| 16475288 | + | Jefferson County Assessor, 716 Richard Arrington Jr. Blvd. N, Birmingham AL 35203-0100 |
| 16475289 | + | Jefferson County Tax Office, Jefferson County Courthouse, 1149 Peal Street, Beaumont TX 77701-3321 |
| 16475290 | + | Joseph Ware for Estate of Evoughn Ware, c/o Matthew D. Elster, Beermann LLP, 161 N. Clark Street, Suite 3000, Chicago IL 60601-3346 |
| 16525346 | | MONTGOMERY COUNTY TREASURER, PO BOX 767, INDEPENDENCE KS 67301-0767 |
| 16475291 | + | Matthew D. Elster, Beermann LLP, 161 N. Clark St., Suite 3000, Chicago IL 60601-3346 |
| 16489370 | + | Matthew Elster, 161 N Clark St, Ste 3000, Chicago, IL 60601-3346 |
| 16475292 | + | Mississippi County Assessor, 200 W. Walnut St., #100, Blytheville AR 72315-2820 |
| 16475293 | + | Mohave County Treasurer, 700 W. Beale St, Kingman AZ 86401-5711 |
| 16475294 | + | Montgomery County Assessor, P.O. Box 767, Independence KS 67301-0767 |
| 16475297 | + | Otero County Treasurer, 13 W. 3rd Street, #213, La Junta CO 81050-1536 |
| 16475298 | + | Richland County Treasurer, 2020 Hampton ST., Columbia SC 29204-1002 |
| 16475299 | + | Robeson County Register of Deeds, 550 North Chestnut Street, Lumberton NC 28358-5551 |
| 16475300 | + | Sangamon County Tax Assessor, 200 S. 9th St., #104, Springfield IL 62701-1955 |
| 16475301 | + | St. Louis County Treasurer, 41 S. Central Ave, Saint Louis MO 63105-1719 |
| 16475302 | + | Stark County Auditor, 110 Central Plaza S., #220, Canton OH 44702-1410 |
| 16487256 | | Stark County Treasurer's Office, 110 CENTRAL PLZ S, STE 250, CANTON, OH 44702-1410 |
| 16475303 | + | Summit County Fiscal Office, 175 South Main Street, Akron OH 44308-1306 |
| 16475305 | + | Window Rock Manager, LLC, 1819 E. Southern Avenue, Ste B10, Mesa AZ 85204-5219 |
| 16475295 | + | montgomery County Auditor, P.O. Box 972, Dayton OH 45422-0001 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jul 07 2022 22:47:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| 16483736 | + | Email/Text: rnewhart@columbiapa.org | Jul 07 2022 22:47:00 | COLUMBIA COUNTY TAX CLAIM BUREAU, 11 W MAIN ST, PO BOX 380, BLOOMSBURG PA 17815-0380 |

| | | | |
|---|---|---|---|
| 16560074 | Email/Text: TRBANKRUPTCY@CUYAHOGACOUNTY.US | | |
| | | Jul 07 2022 22:47:00 | Cuyahoga County Treasurer, 2079 East 9th St, Cleveland, OH 44115 |
| 16495241 | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Jul 07 2022 22:47:00 | Jefferson County, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, TX 77253-3064 |
| 16475296 | + Email/Text: roarkd@oakgov.com | | |
| | | Jul 07 2022 22:47:00 | Oakland County Treasurer, 1200 Telegraph Road, Building 12E, Pontiac MI 48341-1032 |
| 16475304 | + Email/Text: bankruptcy@tulsacounty.org | | |
| | | Jul 07 2022 22:47:00 | Tulsa County Treasurer, 218 W. 6th Street, 8th Fl, Tulsa OK 74119-1004 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16475281 | | City of Chicago, Streets & Sanitation |
| 16475282 | | City of Cincinnati |
| 16475283 | | Cleveland Municipal Court |
| 16475285 | | Contingency Fee Ag re Michigan lawsuit |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2022         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. NELSON | on behalf of Debtor HOME OPPORTUNITY  LLC dnelson@allenbarneslaw.com, mvasquez@allenbarneslaw.com,ssheffield@allenbarneslaw.com,mmorgan@allenbarneslaw.com,ageiler@allenbarneslaw.com,dgrajales@allenbarneslaw.com,ltrujillo@allenbarneslaw.com |
| GERALD L. SHELLEY | on behalf of Creditor Joseph Ware gshelley@fclaw.com  gkbacon@fclaw.com |
| HILARY L BARNES | on behalf of Debtor HOME OPPORTUNITY  LLC hbarnes@allenbarneslaw.com, sgomez@allenbarneslaw.com,mvasquez@allenbarneslaw.com,ssheffield@allenbarneslaw.com,mmorgan@allenbarneslaw.com |
| JOHN P. DILLMAN | on behalf of Creditor Jefferson County houston_bankruptcy@publicans.com |
| KEITH L. HENDRICKS | on behalf of Trustee ROBERT A. MACKENZIE khendricks@law-msh.com  anossett@law-msh.com,docket@law-msh.com |
| KHALED TARAZI | on behalf of Interested Party Window Rock Manager  LLC ktarazi@buchalter.com, cdaniels@buchalter.com |
| MARVIN C. RUTH | |

| | |
|---|---|
| | on behalf of Interested Party DIBS US Inc. mruth@cblawyers.com, vcolwell@cblawyers.com |
| MARVIN C. RUTH | |
| | on behalf of Interested Party WRCOF Asset Trust 2017-1 mruth@cblawyers.com vcolwell@cblawyers.com |
| MARVIN C. RUTH | |
| | on behalf of Interested Party Window Rock Investment Operations LLC mruth@cblawyers.com, vcolwell@cblawyers.com |
| MARVIN C. RUTH | |
| | on behalf of Interested Party Credit Opportunity Holdings LLC mruth@cblawyers.com, vcolwell@cblawyers.com |
| MARVIN C. RUTH | |
| | on behalf of Interested Party CADI US LLC mruth@cblawyers.com, vcolwell@cblawyers.com |
| Matthew Elster | |
| | on behalf of Creditor Joseph Ware mdelster@beermannlaw.com crduffek@beermannlaw.com |
| ROBERT A. MACKENZIE | |
| | ram@ramlawltd.com az26@ecfcbis.com |
| ROBERT J. MILLER | |
| | on behalf of Interested Party Window Rock Manager LLC rmiller@buchalter.com, cdaniels@buchalter.com,docket@buchalter.com,ktarazi@buchalter.com |
| TERRY A. DAKE | |
| | on behalf of Trustee ROBERT A. MACKENZIE tdake@cox.net |
| U.S. TRUSTEE | |
| | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 16

```
 1  TERRY A. DAKE, LTD.
    P.O. Box 26945
 2  Phoenix, Arizona  85068-6945
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| Debtor. | ) | |

### NOTICE OF HEARING ON TRUSTEE'S MOTION

**PLEASE TAKE NOTICE** that a hearing will be held in this case as set forth in the attached order. Your rights may be affected.

You should read these papers carefully, and discuss them with your attorney if you have one. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the trustee's motion, or if you want the court to consider your views on the trustee's motion, then on or before **July 18, 2022**, you or your attorney must file with the Court a written response setting forth your concerns and you or your attorney must attend the hearing. Your response must be filed with the Court at:

> **Clerk Of The Court**
> **United States Bankruptcy Court**
> **230 N. First Ave.**
> **Ste. 101**
> **Phoenix, Arizona 85003-1706**

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail or e-mail[1] a copy of your response to the attorney for the trustee at:

>Terry A. Dake, Esq.
>***TERRY A. DAKE, LTD.***
>P.O. Box 26945
>Phoenix, Arizona 85068-6945
>tdake@cox.net

If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's motion and may enter an order that grants the trustee's motion without further notice.

DATED July 7, 2022

>***TERRY A. DAKE, LTD.***
>
>By /s/ TD009656
>   Terry A. Dake
>   P.O. Box 26945
>   Phoenix, Arizona  85068-6945
>   Attorney for Trustee

---

[1] E-mailed papers must be in pdf format.

SIGNED.

Dated: July 6, 2022

Eddward P. Ballinger Jr., Chief Bankruptcy Judge
_____

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| HOME OPPORTUNITY, LLC; ) | Case No. 2:21-BK-04924-EPB |
| ) | |
| Debtor. ) | |
| _____) | |

**ORDER FOR EXPEDITED HEARING**

This matter having come before the Court on the trustee's Motion For Expedited Hearing; and

Good cause appearing.

**IT IS ORDERED** that the Court shall conduct an expedited hearing on the trustee's Motion to Approve Compromise (Admin. Dkt. No. 191) on the 19th day of July, 2022, at 10:00 o'clock a.m., before the Honorable Eddward P. Ballinger.

**THIS HEARING BEFORE JUDGE BALLINGER WILL BE CONDUCTED TELEPHONICALLY. To make your appearance call 877-810-9415, access code 1064631, several minutes before the hearing.**

Any responses to the motion shall be filed and served not later than 1 business day prior to the hearing.

The details of the Motion To Approve Compromise as provided by the trustee are as follows:

At the time of the bankruptcy filing, the debtor was a member of class action cases pending in Michigan regarding excess proceeds from

foreclosures conducted for unpaid real property taxes. A settlement of two of those actions has been negotiated. A proposed settlement agreement is attached to the motion on file with the Court. A copy can be obtained by contacting counsel for the Chapter 7 trustee.

Under the settlement of the class action, a settlement fund of $38,000,000.00 will be paid for by the defendants to pay claims submitted against the fund. A deadline to file claims will be established in the class action and claims allowed in the class action will be paid from the fund. Since this is a settlement of a class action, the settlement must also be approved by the courts where the cases are pending. If the settlement is approved by all courts, then the trustee will submit claims on behalf of Home Opportunity, LLC to obtain funds for the bankruptcy estate.

The trustee believes that the proposed compromise is reasonable and in the best interest of the estate. The proposed compromise avoids the delay, expense and uncertainty of additional litigation and will provide a return to the estate. The exact amount to be recovered by the Home Opportunity estate will not, however, be determined until claims against the fund have been submitted and allowed. The trustee requests that the Court authorize the trustee to execute and deliver the settlement agreement that is attached to the motion.

**DATED AND SIGNED ABOVE.**