*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| Debtor. | ) | |

**FIRST SUPPLEMENT TO**
**MOTION TO APPROVE COMPROMISE**

The trustee submits this supplement in support of the Motion To Approve Compromise at Admin. Dkt. No. 191. This supplement to trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED July 19, 2022.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona 85068-6945
Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

Special counsel retained by the estate to prosecute the claims of Home Opportunity related to the excess foreclosure proceeds reports that the claims which Home Opportunity holds in Oakland County, Michigan total $16,030.06. Since the overall class settlement calls for a payment of $38M to resolve potential claims of $47M, if every potential

claimant files a claim (which is unlikely) then the pro rata distribution would be approximately 80%, which translates to a recovery of approximately $12,000.00 for the bankruptcy estate.

In addition, since Home Opportunity is one of the class representatives, special counsel anticipates asking the court handling the class action to approve an additional payment of $5,000.00 to Home Opportunity to defray some of the additional expenses incurred by Home Opportunity. This payment, however, is entirely discretionary with the court that is responsible for the class action case.

Home Opportunity also owned other properties in other Michigan counties. This settlement may also enhance the possibility that recoveries may be obtained related to those properties as well.

As noted in the settlement agreement attached to the Motion, the state court case in Oakland County is currently on appeal to the Michigan Court of Appeals. That appeal was necessitated by an adverse ruling by the trial court. If that appeal is unsuccessful, then Home Opportunity will not obtain any recovery on its claims in Oakland County. This settlement will avoid the potential of a zero recovery in the event that the appeals court upholds the trial court's ruling.

All parties to the settlement agreement have approved it. If this Court authorizes the trustee to execute it as well, then it can be submitted to the court handling the class action for approval.

For all of these reasons, the trustee believes that the proposed compromise is reasonable and in the best interest of the estate.

**WHEREFORE**, the trustee prays for the entry of an order authorizing the trustee to execute and deliver the settlement agreement which is attached to the motion on file at Admin. Dkt. No. 191.

DATED July 19, 2022.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
  Terry A. Dake
  P.O. Box 26945
  Phoenix, Arizona 85068-6945

3