In re:  Case No. 21-04924-EPB
HOME OPPORTUNITY, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 3
Date Rcvd: May 17, 2023      Form ID: pdf001      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HOME OPPORTUNITY, LLC, 1819 E. SOUTHERN AVENUE, #B10, MESA, AZ 85204-5219 |
| aty | + | PHILIP J GILES, ALLEN, JONES & GILES, PLC, 1850 N. CENTRAL AVE., SUITE 1150, PHOENIX, AZ 85004-4512 |
| intp | + | CADI US, LLC, c/o Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| intp | + | Credit Opportunity Holdings, LLC, c/or Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| intp | + | DIBS US, Inc., c/o Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| cr | + | Joseph Ware, Beermann LLP, 161 North Clark Street #3000, Chicago, IL 60601, UNITED STATES 60601-3346 |
| intp | + | WRCOF Asset Trust 2017-1, c/o Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| intp | + | Window Rock Investment Operations, LLC, c/o Marvin C. Ruth, Coppersmith Brockelman PLC, 2800 N Central Ave Ste 1900, Phoenix, AZ 85004 UNITED STATES 85004-1241 |
| intp | + | Window Rock Manager, LLC, BUCHALTER, A Professional Corporation, 15279 NORTH SCOTTSDAEL ROAD, Suite 440, Scottsdale, AZ 85254-2292 |
| 16475280 | + | Chesterfield County Treasurer, 200 W. Main St., #1, Chesterfield SC 29709-1527 |
| 16475284 | + | Columbia County Assessment Office, 11 W. Main Street, Bloomsburg PA 17815-1702 |
| 16475286 | + | Cook County Assessor, 118 N. Clark St., Suite 320, Chicago IL 60602-1531 |
| 16475287 | + | Cuyahoga County Auditor, 2079 E. 9th Street, Cleveland OH 44115-1302 |
| 16475288 | + | Jefferson County Assessor, 716 Richard Arrington Jr. Blvd. N, Birmingham AL 35203-0100 |
| 16475289 | + | Jefferson County Tax Office, Jefferson County Courthouse, 1149 Peal Street, Beaumont TX 77701-3321 |
| 16475290 | + | Joseph Ware for Estate of Evoughn Ware, c/o Matthew D. Elster, Beermann LLP, 161 N. Clark Street, Suite 3000, Chicago IL 60601-3346 |
| 16525346 | + | MONTGOMERY COUNTY TREASURER, PO BOX 767, INDEPENDENCE KS 67301-0767 |
| 16475291 | + | Matthew D. Elster, Beermann LLP, 161 N. Clark St., Suite 3000, Chicago IL 60601-3346 |
| 16489370 | + | Matthew Elster, 161 N Clark St, Ste 3000, Chicago, IL 60601-3346 |
| 16475292 | + | Mississippi County Assessor, 200 W. Walnut St., #100, Blytheville AR 72315-2836 |
| 16475293 | + | Mohave County Treasurer, 700 W. Beale St, Kingman AZ 86401-5711 |
| 16475294 | + | Montgomery County Assessor, P.O. Box 767, Independence KS 67301-0767 |
| 16475297 | + | Otero County Treasurer, 13 W. 3rd Street, #213, La Junta CO 81050-1536 |
| 16475298 | + | Richland County Treasurer, 2020 Hampton ST., Columbia SC 29204-1002 |
| 16475299 | + | Robeson County Register of Deeds, 550 North Chestnut Street, Lumberton NC 28358-5591 |
| 16475300 | + | Sangamon County Tax Assessor, 200 S. 9th St., #104, Springfield IL 62701-1955 |
| 16475301 | + | St. Louis County Treasurer, 41 S. Central Ave, Saint Louis MO 63105-1719 |
| 16475302 | + | Stark County Auditor, 110 Central Plaza S., #220, Canton OH 44702-1410 |
| 16487256 | | Stark County Treasurer's Office, 110 CENTRAL PLZ S, STE 250, CANTON, OH 44702-1410 |
| 16475303 | + | Summit County Fiscal Office, 175 South Main Street, Akron OH 44308-1306 |
| 16475305 | + | Window Rock Manager, LLC, 1819 E. Southern Avenue, Ste B10, Mesa AZ 85204-5219 |
| 16475295 | + | montgomery County Auditor, P.O. Box 972, Dayton OH 45422-0001 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 17 2023 22:40:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| 16483736 | + | Email/Text: rnewhart@columbiapa.org | May 17 2023 22:40:00 | COLUMBIA COUNTY TAX CLAIM BUREAU, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 11 W MAIN ST, PO BOX 380, BLOOMSBURG PA 17815-0380 |
| 16560074 | | Email/Text: TRBANKRUPTCY@CUYAHOGACOUNTY.US | May 17 2023 22:40:00 | Cuyahoga County Treasurer, 2079 East 9th St, Cleveland, OH 44115 |
| 16495241 | | Email/Text: houston_bankruptcy@LGBS.com | May 17 2023 22:40:00 | Jefferson County, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, TX 77253-3064 |
| 16475296 | + | Email/Text: roarkd@oakgov.com | May 17 2023 22:40:00 | Oakland County Treasurer, 1200 Telegraph Road, Building 12E, Pontiac MI 48341-1032 |
| 16475304 | + | Email/Text: bankruptcy@tulsacounty.org | May 17 2023 22:40:00 | Tulsa County Treasurer, 218 W. 6th Street, 8th Fl, Tulsa OK 74119-1004 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16475281 | | City of Chicago, Streets & Sanitation |
| 16475282 | | City of Cincinnati |
| 16475283 | | Cleveland Municipal Court |
| 16475285 | | Contingency Fee Ag re Michigan lawsuit |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. NELSON | on behalf of Debtor HOME OPPORTUNITY LLC dnelson@bkfirmaz.com, mvasquez@bkfirmaz.com,mmorgan@bkfirmaz.com,ssheffield@bkfirmaz.com,sgomez@bkfirmaz.com,ageiler@bkfirmaz.com,mhildreth@bkfirmaz.com |
| GERALD L. SHELLEY | on behalf of Creditor Joseph Ware gshelley@fclaw.com gkbacon@fclaw.com |
| JOHN P. DILLMAN | on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com |
| Jacklyn M. Branby | on behalf of Defendant American Homes 4 Rent TRS LLC jbranby@swlaw.com, jthomes@swlaw.com,docket@swlaw.com |
| KEITH L. HENDRICKS | on behalf of Trustee ROBERT A. MACKENZIE khendricks@law-msh.com aschuetta@law-msh.com,docket@law-msh.com |
| KEITH L. HENDRICKS | on behalf of Plaintiff Robert Mackenzie khendricks@law-msh.com aschuetta@law-msh.com,docket@law-msh.com |

KHALED TARAZI
on behalf of Defendant Window Rock Capital Partners LLC ktarazi@buchalter.com, cdaniels@buchalter.com,docket@buchalter.com,rmiller@buchalter.com

KHALED TARAZI
on behalf of Defendant Window Rock Manager LLC ktarazi@buchalter.com, cdaniels@buchalter.com,docket@buchalter.com,rmiller@buchalter.com

KHALED TARAZI
on behalf of Defendant WRRRF Consolidator LLC ktarazi@buchalter.com, cdaniels@buchalter.com,docket@buchalter.com,rmiller@buchalter.com

KHALED TARAZI
on behalf of Interested Party Window Rock Manager LLC ktarazi@buchalter.com, cdaniels@buchalter.com,docket@buchalter.com,rmiller@buchalter.com

KHALED TARAZI
on behalf of Defendant Red Rock River LLC ktarazi@buchalter.com, cdaniels@buchalter.com,docket@buchalter.com,rmiller@buchalter.com

KHALED TARAZI
on behalf of Defendant Red Rock Landing LLC ktarazi@buchalter.com, cdaniels@buchalter.com,docket@buchalter.com,rmiller@buchalter.com

MARVIN C. RUTH
on behalf of Interested Party DIBS US Inc. mruth@cblawyers.com, vcolwell@cblawyers.com

MARVIN C. RUTH
on behalf of Interested Party WRCOF Asset Trust 2017-1 mruth@cblawyers.com vcolwell@cblawyers.com

MARVIN C. RUTH
on behalf of Interested Party Window Rock Investment Operations LLC mruth@cblawyers.com, vcolwell@cblawyers.com

MARVIN C. RUTH
on behalf of Interested Party Credit Opportunity Holdings LLC mruth@cblawyers.com, vcolwell@cblawyers.com

MARVIN C. RUTH
on behalf of Interested Party CADI US LLC mruth@cblawyers.com, vcolwell@cblawyers.com

Matthew Elster
on behalf of Plaintiff Robert Mackenzie mdelster@beermannlaw.com ALSalibellas@beermannlaw.com

Matthew Elster
on behalf of Creditor Joseph Ware mdelster@beermannlaw.com ALSalibellas@beermannlaw.com

ROBERT A. MACKENZIE
ram@ramlawltd.com az26@ecfcbis.com

ROBERT J. MILLER
on behalf of Interested Party Window Rock Manager LLC rmiller@buchalter.com, cdaniels@buchalter.com,docket@buchalter.com,ktarazi@buchalter.com

STEVEN D. JEROME
on behalf of Defendant American Homes 4 Rent TRS LLC sjerome@swlaw.com, docket@swlaw.com,pshanahan@swlaw.com

TERRY A. DAKE
on behalf of Trustee ROBERT A. MACKENZIE tdake@cox.net

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 24

```
 1  TERRY A. DAKE, LTD.
    P.O. Box 26945
 2  Phoenix, Arizona  85068-6945
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| Debtor. | ) | |

**NOTICE OF TRUSTEE'S MOTION
AND BAR DATE FOR OBJECTIONS**

**PLEASE TAKE NOTICE** that the Chapter 7 trustee has filed with the Court a First Application For Allowance Of Compensation Of Accountant's Fees. Pursuant to the Application, the trustee seeks the entry of an order allowing compensation of $1,890.00 to Semple, Marchal & Cooper, LLP for professional accounting services provided to the bankruptcy estate. If approved, these fees will be paid from the assets of the bankruptcy estate. These fees are not the responsibility of any creditor or other party in interest.

A complete copy of the Application is on file with and is available for review at the office of the Clerk, U.S. Bankruptcy Court, 230 N. First Avenue, Ste. 101, Phoenix, Arizona 85003-1706.

**TAKE FURTHER NOTICE** that any objections to the Application must be filed with the Clerk of the Bankruptcy Court, 230 N. First Avenue, Ste. 101, Phoenix, Arizona 85003-1706, and a copy of such objection must be mailed to counsel for the trustee whose address

appears below, not later than **June 12, 2023**.  If an objection is timely filed and served, then the Court will conduct a hearing to resolve the objection.  If no objection is timely filed and served, the Court may grant the fees and expenses requested without further notice or hearing.

The name and address of counsel for the trustee is:

>Terry A. Dake, Esq.
>***TERRY A. DAKE, LTD.***
>P.O. Box 26945
>Phoenix, Arizona  85068-6945

DATED May 17, 2023.

>***TERRY A. DAKE, LTD.***


>By /s/ TD009656
>  Terry A. Dake
>  P.O. Box 26945
>  Phoenix, Arizona  85068-6945
>  Attorneys for Trustee