*TERRY A. DAKE, LTD.*
**P.O. Box 26945**
**Phoenix, Arizona  85068-6945**
**Telephone: (602) 710-1005**
**tdake@cox.net**

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**REPORT OF SETTLEMENT PAYMENT**

   The trustee reports that he has received a payment of $5,000.00 on the settlement approved at Admin. Dkt. No. 204. This report is filed in compliance with Bankruptcy Rule 6004.

   DATED October 9, 2023.

          *TERRY A. DAKE, LTD.*

          By /s/ TD009656
             Terry A. Dake – 009656
             P.O. Box 26945
             Phoenix, Arizona 85068-6945
             Attorney for Trustee