***TERRY A. DAKE, LTD.***
**P.O. Box 26945**
**Phoenix, Arizona  85068-6945**
**Telephone: (602) 710-1005**
**tdake@cox.net**

**Terry A. Dake – 009656**

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| | ) | |
| HOME OPPORTUNITY, LLC; | ) | Case No. 2:21-BK-04924-EPB |
| | ) | |
| Debtor. | ) | |

### REPORT OF SETTLEMENT PAYMENT

The trustee reports that he has received a payment of $100,000.00 on the settlement approved at Admin. Dkt. No. 246. This report is filed in compliance with Bankruptcy Rule 6004.

DATED November 13, 2023.

***TERRY A. DAKE, LTD.***

By /s/ TD009656
  Terry A. Dake – 009656
  P.O. Box 26945
  Phoenix, Arizona 85068-6945
  Attorney for Trustee