Matthew D. Elster (No. 6303242)
**BEERMANN LLP**
161 North Clark Street #3000
Chicago, Illinois 60601
Telephone: (312) 621-9700
mdelster@beermannlaw.com

MOYES SELLERS & HENDRICKS
Keith L. Hendricks (012750)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2141
khendrickss@law-msh.com
*Attorneys for Plaintiff*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| HOME OPPORTUNITY, LLC, | Case No. 2:21-bk-04924-EPB |
| Debtor. | **FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF FRAUDULENT CLAIMS SPECIAL COUNSEL** |

Special Counsel, Beermann, LLP ("Beermann") and Moyes Sellers & Hendricks, Ltd ("MSH") (collectively "Special Counsel") submit this First and Final Application for Allowance of Compensation. Special Counsel hereby requests $237,000.00 in fees, representing 40% of the recovery under their Court approved contingency fee agreement with the Trustee, and $9,590.00 in costs. In support of this Application, Special Counsel represents as follows:

1. The debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code. The case is currently pending before this Court as a case under Chapter 7.

2. Special Counsel was appointed as special counsel for the Chapter 7 estate on September 13, 2021 at Administrative Docket Entry 51 (the "Employment Order"). Special Counsel was retained to assist in the investigation and prosecution, if necessary, of fraudulent conveyance and related claims alleged to be the property of the estate pursuant to 11 U.S.C. § 330(a)(1) and Bankruptcy Rule 2016(a) (the "Claims").

3. The Court approved employment of Special Counsel on a forty percent contingent fee plus reimbursement of expenses to be divided between themselves based on services rendered. Based on services rendered, Special Counsel has agreed among themselves to divide the compensation 80% to Beerman and 20% to MSH.

4. Special Counsel undertook investigation of the Claims through, among other things, examination of the Estate's records, formal and informal discovery including, among other things, Rule 2004 exams and formal discovery.

5. On August 25, 2022, the Trustee, through Special Counsel, filed a Complaint against Red Rock River, LLC, Window Rock Capital Partners, LLC, WRRRF Consolidator, LLC, Red Rock Landing, LLC, Window Rock Manager, LLC (the "Window Rock Defendants"), and American Homes 4 Rent TRS, LLC ("AH4") (Window Rock Defendants and AH4 are collectively, the "Adversary Defendants"), commencing Adversary No. 2:22-ap-00200-EPB (the "Adversary Case").

6. On October 13, 2023, the Court approved a settlement with the Window Rock Defendants whereby the Trustee would receive a payment in the amount of $100,000.00. DE 246. *See also* DE 258. On December 6, 2023, the Court approved a settlement with AH4 for $492,500.00. DEs 249 and 260.

7. The Trustee will collect both settlement payments.

8. The total amount that will be collected on the Claims is $592,500.00

9. Based on a contingent fee of 40% as approved in the Order of Employment, the amount due to Special Counsel is $237,000.00.

10. Collectively, the Special Counsel spent 421.65 total billable hours in representing the Chapter 7 estate including 301.85 hours from the Beerman firm, and 119.8 hours from the MSH firm.

11. Special Counsel collectively has incurred $9,590.00 in costs, including a filing fee of $350.00 for the adversary complaint and $9,240.00 for Westlaw charges for computerized research by the Beerman firm.

12. This is the first and final fee application for Special Counsel in this case. Special counsel has not previously sought interim fees in this case.

WHEREFORE, Special Counsel requests that this application be noticed to all creditors and that special counsel be awarded and paid fees pursuant to 11 U.S.C. §330 in the amount of $237,000.00 and reimbursement of expenses of $9,590.00.

DATED this 12th day of December, 2023.

MOYES SELLERS & HENDRICKS

*/s/ Keith L. Hendricks*
Keith L. Hendricks
*Special Counsel to the Trustee*

BEERMANN LLP

 */s/ Matthew D. Elster*
161 North Clark Street #3000
Chicago, Illinois 60601
*Special Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December 2023, a copy of the attached document was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record who have appeared in this case.

/s/ *Angela Schuetta*