1  *TERRY A. DAKE, LTD.*
   P.O. Box 26945
2  Phoenix, Arizona  85068-6945
   Telephone: (602) 710-1005
3  tdake@cox.net

4  **Terry A. Dake - 009656**

5  Attorney for Trustee

6                    **IN THE UNITED STATES BANKRUPTCY COURT**

7                          **FOR THE DISTRICT OF ARIZONA**

8  In re:                              )    In Chapter 7 Proceedings
                                        )
9  HOME OPPORTUNITY, LLC;               )    Case No. 2:21-BK-04924-EPB
                                        )
10                  Debtor.             )
                                        )
11 ─────────────────────────────────────

12                        **REPORT OF SETTLEMENT PAYMENT**

           The trustee reports that he has received a payment of $492,500.00 on the settlement approved at Admin. Dkt. No. 264. This report is filed in compliance with Bankruptcy Rule 6004.

           DATED December 21, 2023.

                                   *TERRY A. DAKE, LTD.*

                                   By /s/ TD009656
                                       Terry A. Dake – 009656
                                       P.O. Box 26945
                                       Phoenix, Arizona 85068-6945
                                       Attorney for Trustee