SO ORDERED.

Dated: January 17, 2024

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| HOME OPPORTUNITY, LLC, | In Chapter 7 Proceedings |
| Debtor. | Case No. 2:21-bk-04924-EPB |
| | **ORDER GRANTING FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF FRAUDULENT CLAIMS AND REQUEST FOR RELATED RELIEF OF SPECIAL COUNSEL** |

AS AMENDED BY THE COURT

**ORDER**

This matter having come before the Court on the First And Final Application For Allowance Of Compensation Of Fraudulent Claims Special Counsel (Admin. Dkt. No. 266); and

It appears that notice of the application was duly given to creditors and parties in interest (Admin. Dkt. Nos. 267); and

The Court being otherwise duly advised;

IT IS HEREBY ORDERED:

1. Granting the First Application For Allowance And Payment Of Special Counsel ~~Accountant's~~ Fees at Admin. Dkt. No. 266;

00351533

2. Approving the request for related relief of Special Counsel of the Settlement Payment in the amount of $237,000.00 and reimbursement of expenses totaling $9,590.00 for a total award of $246,590.00; and

3. Matthew Elster receives 80% and Moyes Sellers & Hendricks receives 20% of the total contingency fees.

**DATED AND SIGNED ABOVE.**

00351533