**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| HOME OPPORTUNITY, LLC; ) | Case No. 2:21-BK-04924-EPB |
| Debtor. ) | |

**ORDER**

This matter having come before the Court on the First Application For Allowance Of Compensation (Admin. Dkt. No. 279), the First Application For Allowance Of Compensation Of Chapter 7 Trustee (Admin. Dkt. No. 280) and the Motion To Approve Second Interim Distribution (Admin. Dkt. 281); and

Notice of these motions having been provided to creditors and parties in interest and no objections to the trustee's motion having been timely filed and served (Admin. Dkt. Nos. 282, 283); and

Good cause appearing.

**IT IS ORDERED** that the motions at Admin. Dkt. Nos. 279, 280 and 281 are approved.

**IT IS FURTHER ORDERED**:

1. Compensation to Terry A. Dake, Ltd. in the amount of $68,740.00 is approved and the trustee is authorized to make payment thereof.

2.   Compensation to Robert A. MacKenzie, Trustee in the amount of $82,682.19 is approved and the trustee is authorized to make payment thereof.

             3.   An interim distribution of $43,578.30 to Claim No. 4 (Joseph Ware for Estate of Evoughn Ware) is approved and the trustee is authorized to make payment thereof.  Since this is an interim distribution, this payment shall remain subject to disgorgement in the event that the estate should wind up with insufficient funds to make equivalent payments to claims of equal or higher priority.

**DATED AND SIGNED ABOVE.**